# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF WASHINGTON

DAVID OLLODART,

| | |
|---|---|
| Plaintiff | Case No. 20CV44794 |
| vs. | PROOF OF SERVICE |
| INTEL CORPORATION, | ORCP 7D(2)D |
| Defendant | SERVICE BY MAIL |

The plaintiff has served true copies of the COMPLAINT and SUMMONS. The plaintiff has served by mail, according to ORCP7 D(3)(b)(ii)(C), to the registered agent of the defendant residing in Marion County of the State of Oregon as allowed by ORCP7 D(3)(b)(ii) in the case no registered agent, officer, or directors are in the venue of the suit. Intel headquarters and its board of directors and executive officers are in Santa Clara, California. The plaintiff personally deposited two true copies with the U.S. Postal Service at 909 1st Ave STE 100 Seattle, WA 98104-9995 on December 23rd, 2020. One by first-class mail, and the other by certified mail, Return Receipt Requested, addressed to the defendant's registered agent at 780 Commercial St SE STE 100 Salem, OR 97301-3465.

According to the requirements for service by mailing in ORCP7 F(2)(a)(i), the return receipt and a true copy of the summons are appended to this document.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and I am subject to penalty for perjury.

Dated this day of January 4, 2021

*David Ollodart*

David Ollodart
Address: 220 10th Ave #613 Seattle, WA 98122
Mobile: (206)707-3247
E-mail: davidollodart@gmail.com
Facsimile: +1(253)884-8580

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF WASHINGTON

DAVID OLLODART,

Plaintiff

vs.                                                             Case No. 20CV44794

INTEL CORPORATION,                          SUMMONS

Defendant

## Direction to Defendant

You must appear and defend within the time given in section Time for Response. Failure to do so will result in the plaintiff applying to the court for the relief demanded in the complaint. This document has been mailed as an alternative service according to ORCP7 D(3)(b)(ii)(C) to the registered agent of the defendant residing in Marion County of the State of Oregon as allowed by ORCP7 D(3)(b)(ii) in the case no registered agent, officer, or directors are in the venue of the suit. Intel headquarters and its board of directors and executive officers are in Santa Clara, California.

## Time for Response

The defendant has 30 days from the date of service to appear and defend. The date of mailing for this document is December 23rd, 2020. The return address is the plaintiff's address in Seattle, Washington (refer to section Subscription And Post Office Address) and the mailing address of the registered agent for the defendant is in Salem, Oregon, so the mailing is interstate. According to ORCP7(2)(d)(ii), the date of service will be either the day the defendant signs a receipt for the mailing, or seven days after the date of mailing on December 30th, 2020, whichever first occurs.

## Notices

NOTICE TO DEFENDANT:
READ THESE PAPERS CAREFULLY!
You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

## Subscription And Post Office Address

Please serve papers in the action to the address given below according to ORCP 9.
Dated this day of December 21, 2020

*David Ollodart*

David Ollodart
Address: 220 10th Ave #613 Seattle, WA 98122
Mobile: (206)707-3247
E-mail: davidollodart@gmail.com
Facsimile: +1(253)884-8580







Proof of Service 6

REMOVAL EXHIBIT 1
Page 6 of 6