12/21/2020 1:44 PM
20CV44794

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF WASHINGTON

DAVID OLLODART,

Plaintiff

vs.                                              Case No.  20CV44794

INTEL CORPORATION,                               SUMMONS

Defendant

## Direction to Defendant

You must appear and defend within the time given in section Time for Response.  Failure to do so will result in the plaintiff applying to the court for the relief demanded in the complaint.  This document has been mailed as an alternative service according to ORCP7 D(3)(b)(ii)(C) to the registered agent of the defendant residing in Marion County of the State of Oregon as allowed by ORCP7 D(3)(b)(ii) in the case no registered agent, officer, or directors are in the venue of the suit.  Intel headquarters and its board of directors and executive officers are in Santa Clara, California.

## Time for Response

The defendant has 30 days from the date of service to appear and defend.  The date of mailing for this document is December 23rd, 2020.  The return address is the plaintiff's address in Seattle, Washington (refer to section Subscription And Post Office Address) and the mailing address of the registered agent for the defendant is in Salem, Oregon, so the mailing is interstate.  According to ORCP7(2)(d)(ii), the date of service will be either the day the defendant signs a receipt for the mailing, or seven days after the date of mailing on December 30th, 2020, whichever first occurs.

Summons 1

# Notices

NOTICE TO DEFENDANT:
READ THESE PAPERS CAREFULLY!
You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.
If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

# Subscription And Post Office Address

Please serve papers in the action to the address given below according to ORCP 9.
Dated this day of December 21, 2020

*David Ollodart*

David Ollodart
Address: 220 10th Ave #613 Seattle, WA 98122
Mobile: (206)707-3247
E-mail: davidollodart@gmail.com
Facsimile: +1(253)884-8580

Summons 2

1/4/2021 4:45 PM
20CV44794

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF WASHINGTON

DAVID OLLODART,

Plaintiff

vs.

INTEL CORPORATION,

Defendant

Case No. 20CV44794 _____

COMPLAINT: ATTEMPTED DENIAL OF BENE-
FITS, BREACH OF CONTRACT, DEFAMATION OF
CHARACTER, FORGERY, FRAME-UP, INVASION
OF PRIVACY, AND CIVIL CONSPIRACY

NOT SUBJECT TO MANDATORY ARBITRATION
ORS 21.160.1.c
OVER $50,000 UNDER $1,000,000 ($122,309.56)

## 1

Plaintiff David Ollodart brings forth the following allegations supporting his cause of action in this amended complaint as afforded by ORCP 23A. For those items which require evidence from the defendant, namely in the form of records of business procedure to which the plaintiff was both privy and not privy to, the allegations are set forth with general titles to which evidence in discovery shall be submitted in "a reply to assert any affirmative allegations in avoidance of any defenses asserted in an answer" according to ORCP 13B. All exhibits comply with ORS 192.377 for the redaction of personal information.

## Attempted denial of benefits

## 2

The defendant failed to notify the plaintiff of decision to fire before or after the plaintiff submitted of 2-week notice on August 30th, 2020. No notice was given even in the exit interview conducted 14 days after submission of 2-week notice on September 13th, 2020. The defendant thereby sought to deny the plaintiff unemployment benefits. See exhibits 18 and 12 for proof of the dates of last work and the submission of the 2-week notice. The plaintiff worked a compressed work week of alternating Saturday evening and Sunday evening through Wednesday morning, so his final check could be made on Thursday, September 10th, 2020 for the second week of work after submitting the notice. Not only did the defendant fail to

Complaint 1

17  notify the plaintiff of decision to fire, but the defendant failed to deliver any notice of poor performance
18  to the plaintiff, written or in-person.
19  The plaintiff made an unemployment benefit application with the reason of firing under the advice of his
20  father whom the defendant has solicited for the plaintiff's private documents (see paragraph 10). The
21  unemployment benefits application was rejected for the incorrect reason of working only 497 hours in
22  the Jan-Feb-Mar quarter of the 2020 year on October 14th, 2020 (Exhibit 6). The appeal filed by the
23  plaintiff on October 21st, 2020 was admitted and $17,420 dollars of benefits eligibility was awarded on
24  November 4th, 2020 (Exhibit 7) though stating incorrectly a total number of hours worked as 999.

## Defamation of character

25

### 3

26

27  The defendant denied the plaintiff a neutral reference when the plaintiff was falsely told (see paragraph
28  2) there was a voluntary termination which requires a neutral reference. The defendant denied the
29  termination status as fired in a phone call to the HR representative on October 15th, 2020. The defendant
30  further denied termination status as fired in an e-mail exchange with the Human Resources relocation
31  manager on November 18th, 2020 (Exhibit 11).
32  The defendant slandered the plaintiff when potential employers inquired to the plaintiff's employment
33  history. The defendant falsely claimed the plaintiff had practiced absenteeism and inappropriate conduct.

## Breach of contract

34

### 4

35

36  The defendant required prorated remittance of relocation assistance in amount $4450.50 (Exhibit 9) for
37  a voluntary termination, that is, quitting. This requirement is in breach of contract according to item
38  8 of the relocation agreement for the case of an involuntary termination for poor performance, that is,
39  firing (Exhibit 13). The plaintiff did not meet any of the criteria for a qualifying termination, that is, a
40  firing for malfeasance or gross negligence, and in any case was not given notice of firing. The defendant
41  denied termination status as fired on November 18th, 2020 as in paragraph 3.

Complaint 2

# Forgery

## 5

At the exit interview on September 13th, 2020 the defendant informed the plaintiff there would be documents for him to sign. At the end of the interview the defendant brought the plaintiff to the security desk and filled out a form for the defendant, only showing the defendant the print of his name before submitting it to the security guard. The defendant thereby forged the plaintiff's signature and withheld the exit documents from the plaintiff.

# Frame-up

## 6

The defendant sought to frame-up the plaintiff with the intent of malicious prosecution either by the defendant or another party through duration of employment from January 6th, 2020 to September 13th, 2020. The defendant continued in this endeavor even after the plaintiff raised complaints of colleagues' malice in the first two weeks of July, 2020. The crimes the defendant sought to frame-up the plaintiff for are the following:

## 7

Frame-up for criminal mischief:

The defendant was negligent to and actively participating in frame-up activities, where by defendant it is meant colleagues, management, and all employees in business dealings with the plaintiff, through duration of employment. The specific allegations are enumerated below:

(a) Abuse of discretion over experimental lots for which the plaintiff had part in decision making.

(b) Assignment of responsibility for problems the plaintiff had no decision making in.

(c) Denial of data needed for the plaintiff to make informed decision.

(d) Fabrication of quality events, malicious to the plaintiff and benign or beneficial to his colleagues.

(e) Failure to communicate, especially by feigned misdirection due to malicious multiplicity and ambiguity of e-mail and other list-servs.

(f) Failure to train, especially for maliciously invented business processes.

Complaint 3

REMOVAL EXHIBIT 2
Page 5 of 95

(g) IT interference with plaintiff's technology and databases. In Exhibit 21 there is inferential evidence the plaintiff had these internet connection issues during his employment in the form of a consultation for more stable internet connection. In Exhibit 14 it is shown that the internet installation preceded the above communication by one month and therefore likely did not originate the problem. The plaintiff requires the building entry history from the badge used to authorize building entry to show the onset of connection intermittency so severe the plaintiff was forced to work at the office against work-from-home policy.

(h) Neglect to use readily available information and existing procedures.

(i) Neglect to document quality events at all or to the appropriate extent.

(j) Neglect or delay in response to the plaintiff and time-sensitive problems.

## 8

Frame-up for intellectual property theft:

The defendant instituted practice with unprecedented frequency of "forensic" patent wafer material inspection, which requires ownership by some parties, through duration of non-training employment beginning in March, 2020. In addition to unprecedented frequency this occurred in unprecedented segments of the process for which the plaintiff was responsible. The defendant instituted unprecedented ownership and liability for patent wafer material by engineers rather than technicians beginning in August, 2020. In addition, the plaintiff was not adequately trained in documentation of wafer scrap storage, only informed to ensure the wafers are kept in the back of a storage room.

Specifically and most egregiously, the defendant attempted loss of patent material (wafers) under the plaintiff's responsibility. In this occasion a module insisted wafers be delivered to the plaintiff at his office, requiring a technician to walk across the entire campus with the wafers. The standard protocol is to have the engineer pick up the wafers at the clean room entrance. Though the wafer count delivered to the plaintiff was correct, this gave opportunity to the technician or other malicious parties to misplace wafers under the responsibility of the plaintiff.

## 9

Frame-up for tax evasion:

The defendant failed to provide tax documents for the 2019 year after informing the plaintiff of incorrect payment time of January 1st, 2020 through e-mail on December 11th, 2019 after which payment was made on December 12th, 2019 (Exhibit 10).

Complaint 4

98   The defendant purposefully misclassified account types of brokerage as Individual Retirement Account
99   (IRA) and 401k as brokerage, in which post-tax income of the plaintiff was deposited and contributions
100  from the defendant deposited, respectively. This misclassification was discovered by the plaintiff when he
101  viewed a third-party (Experian) personal banking user interface (UI). The Experian UI displays an IRA
102  classification of E*TRADE account and brokerage classification of Fidelity NetBenefits account (Exhibit
103  4), contrary to E*TRADE UI display as Individual Brokerage (Exhibit 3) and Fidelity NetBenefits UI as
104  401k (Exhibit 5). The employee handbook states E*TRADE accounts are used for the employee stock
105  purchase plan and Fidelity NetBenefits for the 401k, in agreement with the UI of these financial service
106  providers, but in disagreement with the Experian UI. The plaintiff also received mail regarding his Intel
107  401k retirement account (Exhibit 1). The account statements for E*TRADE are ambiguous in saying
108  the account type is Individual and containing no other information regarding account type (15).

109  The E*TRADE account ending in 4888, opened on January 23rd, 2020 (Exhibit 2), was not part of the
110  defendant's Employee Stock Purchase Plan (ESPP). The ESPP accounts, opened on January 6th, 2020
111  display correctly as a non-retirement account in the Experian UI. However, the plaintiff also alleges the
112  defendant denied the plaintiff held any vesting stocks that had been allocated to his ESPP accounts which
113  require special action upon termination. There are two accounts associated with ESPP both ending in
114  4995, one in which stocks are deposited and the other a brokerage. The Experian UI view only displays
115  one, leaving it possible the other is misclassified. As in relief 16, the plaintiff asks the court to rule on
116  the course of action regarding the E*TRADE account misclassification.

# Invasion of Privacy

117

## 10

118

119  The defendant solicited roommates on or before January 6th through July 1st, the end of the resident's
120  living with roommates, and family members on or before January 6th and onward to present day, for doc-
121  uments held in the plaintiff's residences, including those held in digital media. These private documents
122  were delivered by photographs of hard papers, and by using passwords taken from the plaintiff's residence
123  to access encrypted cloud storage. These private documents were discussed and used in manager level
124  meetings to assess the plaintiff's character.

Complaint 5

# Civil conspiracy

## 11

The necessary underlying torts for an allegation of civil conspiracy are those in the preceding paragraphs. The plaintiff alleges that the civil conspiracy intended all or a non-empty subset of these torts to be committed against the plaintiff.

The defendant made the offer of employment in bad faith due to a dispute between the plaintiff and his former employers. The defendant premeditated this bad faith offer of employment before or after a recruitment event at the plaintiff's former employers location, at the University of Illinois on September 16th, 2019, and proceeded with the offer the following week on September 27th, 2019 (Exhibit 16). The plaintiff had been fired by the University of Illinois on August 30th, 2019 (Exhibit 8) and the recruiter was taking part in retaliation for the plaintiff's criticism of the scientific merit of the work in the first graduate advisor's lab (Exhibit 17, showing the justification for leaving the lab given to the Director of Graduate Studies). The requisition the plaintiff was encouraged to apply to was originally not listed as a night shift position, and the plaintiff was only informed it was a night shift position at the offer for a phone interview.

The plaintiff's second manager, from March, 2020 until time of termination, was the recruiter who had offered the plaintiff employment. The defendant conspired with the plaintiff's father to send private information to the plaintiff's Google Mail account used for his Android work phone while the plaintiff was still employed by the defendant. This private information was then viewable by the defendant and used against the plaintiff. This private information was in one part the plaintiff's suspicion that this civil conspiracy was active and conspirators interfered with the plaintiff's technology (Exhibit 19). In the other part it was that the plaintiff suffers from mental illness and requires psychological treatment (Exhibit 20)

# Reliefs

## 12

Plaintiff David Ollodart seeks the following reliefs:

## 13

Payment, as damages, of $4450.50 incorrectly required from the plaintiff in an involuntary termination as described in paragraph 4. The termination status should be amended as voluntary as in relief 14.

Complaint 6

## 14

Recording of termination as voluntary and fulfillment of neutral reference obligation by the defendant.

## 15

Payment of $6000 per month for the following actual damages:

(a) Lost employment and wages due to the defendant making a bad faith offer of employment and attempting to frame-up the plaintiff, thereby causing the plaintiff to quit out of necessity.

(b) Lost employment prospects due to the defendant providing a non-neutral reference and forcing a short time of employment, thereby preventing the plaintiff from securing comparable positions.

Payment is requested from end of employment on September 13th, 2020 until comparable employment is secured. The contribution to the amount in the caption is calculated until June 1st, 2021 as $52,200.

## 16

Payment of $60,000 to replace inaccessible funds deposited in account opened as and labeled in E*TRADE UI as Individual Brokerage and misclassified as an IRA, or that an amount of $6,000 be awarded to the plaintiff to compensate the 10% penalty to withdraw from the IRA, or that the court order change of classification to a brokerage account to allow income tax- (in the case of long term gains) and penalty-free withdrawal, or that the court rule damages from E*TRADE must be sought in a separate filing.

## 17

Payment of $5659.06 to replace incorrect funds deposited by the employer and employee into the account labeled in Fidelity NetBenefits UI as Intel 401k and misclassified as a brokerage account, or that an amount of $1980.67 be awarded to the plaintiff to compensate an expected taxation of 35%, both state and federal, or that the court order change of classification to a 401k account to remove tax liability on behalf of the plaintiff, or that the court rule damages from Fidelity Investments must be sought in a separate filing.

Dated this day of January 4, 2021.

*David Ollodart*

Complaint 7

179   David Ollodart

180   Address:  220 10th Ave #613 Seattle, WA 98122

181   Mobile:  (206)707-3247

182   E-mail: davidollodart@gmail.com

183   Facsimile:  +1(253)884-8580

Complaint 8



**Your choices for the vested balance(s) you have in Intel's Retirement Plans**

When you are no longer an active employee of Intel, you have some important decisions to make about your vested benefits in the Intel 401(k) Savings Plan, the Intel Retirement Contribution Plan, or the Minimum Pension Plan (if a pension is applicable to you).

The enclosed *Distribution Options Guide* and *Special Tax Notice Regarding Plan Payments* were designed to help you evaluate all of your options for your retirement savings.

Intel cannot provide you with financial or tax advice—nor do we endorse any one provider of personal investment products. We encourage you to consult with a professional financial planner who, in understanding your financial objectives, can help you to carefully consider and weigh all the factors associated with each of your options such as available investments, fees, tax considerations (especially tax considerations in regard to withdrawals from the plan), accessibility, and legal implications.

Generally speaking if your account balance is over $5,000, you can leave your money in the Intel Plan(s) and continue to access most plan features and investment choices*, and Intel continues to pay the administrative costs of the Plan.

We know your financial future is important to you and it is to us as well. Do take the time you need to carefully evaluate your options for leaving your balance in your Intel plan account(s) or taking a distribution. For assistance with choosing the distribution option that is right for you, call ▓▓▓▓▓▓▓ to speak with a Fidelity Representative or contact your personal financial advisor. Or to learn more about the distribution options available in your plan, go to NetBenefits®.

At this time, we recommend that you take this opportunity to confirm or update the contact and beneficiary information on file in your Fidelity accounts by logging onto NetBenefits® at www.netbenefits.com/intel and clicking on the Profile link.

We wish you much success in your financial future and thank you for the role you played in contributing to Intel's success.

Sincerely,

Intel Global Retirement Program Office

*Please refer to the enclosed Distribution Options Guide to fully understand your available distribution options.*

Information was provided by Intel Corporation. Fidelity Investments is not responsible for its content.

3.EPCP15105053.107

184





.ıll Verizon 🛜                12:50 PM                    ↗ 96% ▭

**Net Assets**                        | Day's Gain
**$63,942.04**                        | $261.80

| DOW | NASDAQ | S&P 500 |
|---|---|---|
| 29,952.81 | 12,481.45 | 3,658.71 |
| -93.56 (-0.31%) | 103.58 (0.84%) | -4.75 (-0.13%) |

## Individual Brokerage -4888 >

| | |
|---|---|
| Net Account Value | $63,942.04 |
| Day's Gain | $261.80 (0.41%) |
| Total Gain | $9,769.45 (18.07%) |
| Cash | $121.36 |

## Individual Brokerage -4995 >

| | |
|---|---|
| Net Account Value | $0.00 |
| Day's Gain | -- (--) |
| Total Gain | -- (--) |
| Cash | $0.00 |

## Stock Plan (INTC) -4995 >

| Accounts | Watch Lists | Trade | Markets | Menu |
|---|---|---|---|---|







Exhibit 6
REMOVAL EXHIBIT 2
Page 15 of 95



STATE OF OREGON
EMPLOYMENT DEPARTMENT

WAGE AND POTENTIAL BENEFIT
REPORT

Cat:112

00000010069627/000612

DAVID OLLODART

| CUST ID | | BYE 40-21 | C.L. TYPE 200 |
| --- | --- | --- | --- |
| LOCAL OFFICE 990-0 | DATE CLAIM FILED 10/11/20 | ISSUED DATE 10/14/20 | |
| CONTROL NUMBER 20288 | DATE MAILED OR DELIVERED 10-15-20 | | |
| WEEKLY BENEFIT $0 | MAXIMUM BENEFIT NONVALID | | |

BASE YEAR EMPLOYER(S)

WAGES PAID AND HOURS WORKED BY CALENDAR QUARTER

| NAME | WAGES | HRS. | WAGES | HRS. | WAGES | HRS. | WAGES | HRS. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| INTEL CORPORATION | | | | | 25,861.73 | 497 | | |

Please check the information on this form. Based on your work history, you do not qualify for unemployment insurance. If you have already reported missing wages and/or hours of work to an Employment Department office, you will receive a second notice in the mail. To qualify, you must have work with total base year wages of $1000 or more and have total base year wages that are equal to or greater than one and one-half times the highest total wage quarter amount in the base year or, you may qualify if you have some wages and 500 hours of work during the base year. Additional information and explanations can be found in your Employment Department Claimant Handbook. Please contact your unemployment insurance center if you have missing wages and/or hours to report.

If you worked in the 3 month period immediately following the base year shown on this form, you may be eligible for an alternate base year claim. If you have not already done so, please contact your Unemployment Insurance center to determine if you have sufficient wages and hours of work to qualify for benefits under the provisions of an alternate base year.

When using telephone reporting, be sure to call the Weekly Claim Line starting with the first week that you need to claim for unemployment benefits, but do not call before the week you want to claim is over. Weekly Claim Line telephone numbers are listed in the back of your Employment Department Claimant Handbook.

| QUARTER TOTALS | | | | | 25,861.73 | 497 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL WAGES 25,861.73 | TOTAL HOURS 497 | 2019 JUL-AUG-SEP | | 2019 OCT-NOV-DEC | | 2020 JAN-FEB-MAR | | 2020 APR-MAY-JUN |

THIS REPORT BECOMES FINAL UNLESS YOU REQUEST REDETERMINATION OF THE REPORT OR REQUEST A HEARING WITHIN 10 DAYS FOLLOWING THE DATE MAILED OR DELIVERED. YOU MAY CANCEL THIS AT ANY TIME IF NO DISQUALIFICATION HAS BEEN ASSESSED, NO APPEAL HAS BEEN REQUESTED NOR BENEFITS PAID. THE TIME LIMIT FOR REQUESTING A HEARING MAY BE EXTENDED FOR GOOD CAUSE. IF YOU REQUEST A REDETERMINATION OR HEARING, YOU MUST CONTINUE TO REPORT FOR EACH WEEK OF UNEMPLOYMENT IN ORDER TO PROTECT YOUR BENEFIT RIGHTS.

FORM 196 (04-09)

189



STATE OF OREGON
EMPLOYMENT DEPARTMENT

WAGE AND POTENTIAL BENEFIT
REPORT

Cat:289

DAVID   OLLODART

| CUST ID | BYE | C.L. TYPE |
|---|---|---|
| | 40-21 | 200 |

| LOCAL OFFICE | DATE CLAIM FILED | DATE ISSUED |
|---|---|---|
| 990-0 | 10/11/20 | 11/05/20 |

| CONTROL NUMBER | DATE MAILED OR DELIVERED |
|---|---|
| 20508 | 11/04/20 |

| WEEKLY BENEFIT | MAXIMUM BENEFIT |
|---|---|
| $670 | $17420 |

| BASE YEAR EMPLOYER(S) | | | WAGES PAID AND HOURS WORKED BY CALENDAR QUARTER | | | | |
|---|---|---|---|---|---|---|---|
| NAME | Wages | Hrs. | Wages | Hrs. | Wages | Hrs. | Wages | Hrs. |

11/03/20 - SUPERSEDES BY AMENDING THE DETERMINATION ISSUED 10/14/20 -

| INTEL CORPORATION | | | | | 25,861.73 | 497 | 27,780.80 | 520 |

Your base year wages have been adjusted resulting in a REDETERMINATION of your claim. Wages and/or hours have
been added to your claim which were previously unavailable or wages and/or hours have been adjusted which were
previously added incorrectly. If you believe this notice to be in error please call your unemployment
insurance center  for assistance. Continue to report on your claim to protect your benefit rights.

When using telephone reporting, be sure to call the Weekly Claim Line starting with the first week that you
need to claim for unemployment benefits, but do not call before the week you want to claim is over.  Weekly
Claim Line telephone numbers are listed in the back of your Employment Department Claimant Handbook.

| | | | | | 25,861.73 | 497 | 27,780.80 | 520 |

| QUARTER TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Wages | Total Hours | 2019 | 2019 | 2020 | 2020 |
| 53,642.53 | 999 | JUL-AUG-SEP | OCT-NOV-DEC | JAN-FEB-MAR | APR-MAY-JUN |

This report becomes final unless you request redetermination of the report or request a hearing within 10 days
following the date mailed or delivered.  You may cancel this at any time if no disqualification has been
assessed, no appeal has been requested nor benefits paid.  The time limit for requesting a hearing may be
extended for good cause.  If you request a redetermination or hearing, you must continue to report for each week
of unemployment in order to protect your benefit rights.

FORM 196 (04-09)

190

Complaint 15

Exhibit 8



UNIVERSITY OF ILLINOIS
AT URBANA - CHAMPAIGN

David W. Flaherty

August 30th, 2019

To:    David Bernd Ollodart
       Department of Chemical and Biomolecular Engineering
       University of Illinois, Urbana-Champaign

CC:    Prof. Paul Kenis (Head), Prof. Mary Kraft (Director of Graduate Study), Cynthia Dodds
       (Graduate Program Coordinator)

David,

On March 18th, we agreed that you would work in my group for a five-month probationary period that would extend until August 15th, 2019. The specific arrangements were discussed in a *Memorandum of Understanding* that you signed on March 18th, and copies of this were shared *with the Head and the Director of Graduate Studies of our department.* As stated within that *letter, you were to develop your training in our laboratory and complete a set of deliverables to* my satisfaction during this time. These deliverables included specific sets of data but also competencies in the safe use and operation of several experimental systems and methods (*e.g.,* a flow catalytic reactor, zeolite synthesis, characterization, etc.).

We have now reached the end of this period, and it is clear that you have not met expectations, let alone completed the set of requested deliverables. You will not be able to complete a Ph.D. thesis under my supervision. You have been involved in an abnormally large number of safety incidents in our laboratory, which we have discussed by email and in person. These repeated errors place yourself and others at risk. These issues undoubtedly also contributed to your low productivity. Moreover, they have slowed the progress of other lab members who have been affected directly by your actions and have had to correct these problems when you have not (e.g., chemical spills, errors connecting gas cylinders, damaged experimental equipment, messy shared work areas).

I notified you previously of several of these issues, and that you were not meeting expectations, including during several regular in person meetings, as well as by formal email on June 18th, 2019 and August 6th, 2019; and in your Annual Review. However, there is a clear pattern of behavior that has continued over the last several months.

In the interest of your safety and well-being as well as that of all other group members, you are no longer permitted to work in any of our laboratory or office spaces, effective immediately. This includes laboratories and offices in ▮▮▮▮▮▮▮▮▮▮▮▮ and in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. You will return your keys at this time, and the personnel in those spaces will be notified that you will no longer be working in these areas. I have asked them to contact Prof. Kenis and I directly if you enter these spaces.

191

Exhibit 8

REMOVAL EXHIBIT 2
Page 18 of 95



***Moving forward:*** the Head of our department (Prof. Paul Kenis) and I have agreed to jointly support you for the fall semester to give you time to consider your next steps. Also, you are asked, in exchange for this continued support, to complete two tasks between now and October 31st. The first task is to summarize your work on this research project in a concise report (no more than 15 pages, excluding figures) for internal use in my group. The second task is to adapt a MATLAB spectra analysis program into a more efficient and user-friendly program either in MATLAB or in Python. This work would be conducted by you off-campus. Regarding the latter task, you are expected to meet with me and other co-workers biweekly to update us on your progress, and this will be an opportunity for you to ask us for input, to help you resolve any challenges. After October 31, the department (Prof Kenis or Prof Kraft) may ask you to help with certain tasks in recognition of the continued support you will receive till the end of the fall 2019 semester.

**By September 6th, inform me by email if you choose to accept this offer or not.** I will provide more details of these work assignments on the week of September 9th, if you accept.

Regardless of your decision, you need to set up a meeting with Prof. Mary Kraft (Director of Graduate Studies) and Prof. Kenis (Department Head) immediately to review your standing in the graduate program and to discuss options for your next steps.

Regards,

David Flaherty

2

Complaint 17

Exhibit 9



### Your Relocation with INTEL CORPORATION - David Ollodart
3 messages

**Ryan Parks** < ██████████████████ >                    Tue, Dec 3, 2019 at 5:05 AM
Reply-To: Ryan Parks < ████████████ >
To: ████████████

Hello David,

Congratulations on your new job!

My name is Ryan Parks and I am a Relocation Consultant with SIRVA, INTEL CORPORATION's relocation management company.  My role is to serve as your main point of contact for your relocation support.  You should have received an e-mail message from SIRVA Connect (the email address will be **donotreply@sirva.com** ).  You will be asked to complete a few preliminary online tasks regarding your relocation.

The three tasks are :

      Personal Information Task

      Expense Information Task

      Bank Information Task

If you do not have a new mailing address yet, enter your new city and state in the SIRVA Connect portal when requested.  You will be given the option to bypass an address entry when you click "Fix Now" on the pop up that will appear after the confirmation. Please note, when you are entering your bank information that you double check that all of the information is correct.

If you have trouble logging in or any other issues with your SIRVA portal, please reach out to the **SIRVA IT team at** ████████ and they will be able to assist you.  Once you have completed all of your tasks in your SIRVA Connect portal, I will reach out to you to set up a benefit review call to review your relocation policy (attached), answer any questions and create a timeline for your relocation.

Lastly,  I will also be sending the required INTEL CORPORATION repayment agreement to you via DocuSign.  This will need to be reviewed by you and signed.

If you have any questions or issues regarding any of the information in this e-mail please contact me.


Kind Regards,


Ryan Parks

**Relocation Coordinator**




1 of 2                                                                           12/15/20, 2:26 PM

Complaint 18                                                              Exhibit 9

Gmail - Your Relocation with INTEL CORPORATION - Da...        https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

  

This message was sent to ████████████. If you don't want to receive these emails from this organization in the future, please unsubscribe.

---

**David Ollodart** <████████████████>                                                                    Mon, Sep 7, 2020 at 8:01 AM
To: Ryan Parks <████████████████>

Hello Ryan,

I have a voluntary termination with Intel starting on 09/29 and per item 8 in the relocation agreement I need to pay back the prorated relocation assistance to 2 years. HR told me to speak directly with SIRVA. I would like to pay for this directly from the same bank account to which the money was deposited. Could you please assist me with this?

Thanks,

David
[Quoted text hidden]

---

**David Ollodart** <████████████████>                                                                    Tue, Sep 8, 2020 at 7:54 AM
To: Dan Diana <████████████████>


Sent from mobile device

Begin forwarded message:

[Quoted text hidden]

Complaint 19                                                                                             Exhibit 9

REMOVAL EXHIBIT 2
Page 21 of 95

# Exhibit 10
This page intentionaly left blank.

Gmail₉ Prorated Relocation Assistance Payback                    https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

M Gmail                                                                                    David Ollodart <▮▮▮▮▮▮▮▮▮▮>

**Prorated Relocation Assistance Payback**
12 messages

**Parks, Ryan** <▮▮▮▮▮▮▮▮▮▮>                                                          Mon, Sep 21, 2020 at 8:02 AM
To: "davidollodart@gmail.com" <▮▮▮▮▮▮▮▮▮▮>

Hi David,

To simplify this case since you had a 1099 issued for the funds received in 2019, let's not involve OASDI (Social Security) and you would only get a credit memo (no W2C for FICA purposes) for use on next tax year return.

| | |
|---|---|
| 2019 amount | 6000.00 |
| 2020 amount | 1017.00 |
| Total net received | 7017.00 |
| | |
| Days short | 463 |
| Days worked | 267 |
| Employment commitment | 730 |
| | |
| **Amount due from employee (net total/730)x463** | **4,450.50** |

Let me know if you have any further questions or concerns.

Thanks,

**Ryan G. Parks**
Relocation Coordinator

SIRVA

▮▮▮▮▮▮▮▮▮▮

ALLIED    northAmerican MOVING SERVICES    SMARTBOX

Blog    YouTube    LinkedIn    Twitter    Instagram

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**David Ollodart** <▮▮▮▮▮▮▮▮▮▮>                                                      Mon, Sep 21, 2020 at 10:47 AM
To: "Parks, Ryan" <▮▮▮▮▮▮▮▮▮▮>

Hello Ryan,

OK, if I only get a credit memo, what does that mean for  taxes? If I return the money which I received in 2019 will I get money back in 2020 on taxes paid for it?
Also, how can I pay this balance? Can it be scheduled to be deducted from my bank account at some time?

Thanks,

David
[Quoted text hidden]

**Parks, Ryan** <▮▮▮▮▮▮▮▮▮▮>                                                        Thu, Oct 1, 2020 at 8:10 AM
To: David Ollodart <▮▮▮▮▮▮▮▮▮▮>

Hi David,

My apologies for the delayed response. I spoke with management and you will get a Credit Memo to use on your next available 1040. You will not get a corrected 1099 or a W2-c because Intel is only requiring repayment of net amount. Let me know if you have further questions or concerns.

1 of 4                                                                                        1/1/21, 10:40 AM

Complaint 21                                                                  Exhibit 10

Gmail⁹⁶ Prorated Relocation Assistance Payback          https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

Thank you,

**Ryan G. Parks**

Relocation Coordinator

**SIRVA**

████████████████ ████

ALLIED    northAmerican    SMARTBOX
          MOVING SERVICES

Blog   YouTube   LinkedIn   Twitter   Instagram

---

**From:** David Ollodart <████████████>
**Sent:** Monday, September 21, 2020 1:48 PM
**To:** Parks, Ryan <████████████>
**Subject:** Re: Prorated Relocation Assistance Payback

> ** **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

[Quoted text hidden]
[Quoted text hidden]

---

**David Ollodart** <████████████>                                    Fri, Oct 2, 2020 at 4:07 PM
To: "Parks, Ryan <████████

Ok can I send a check to SIRVA for this amount at the address in your signature?

Sent from mobile device

On Oct 1, 2020, at 8:10 AM, Parks, Ryan <████████████> wrote:

> Hi David,
>
> My apologies for the delayed response. I spoke with management and you will get a Credit Memo to use on your next available 1040. You will not get a corrected 1099 or a W2-c because Intel is only requiring repayment of net amount. Let me know if you have further questions or concerns.
>
> Thank you,
>
> **Ryan G. Parks**
>
> Relocation Coordinator
>
> <image001.png>
>
> ████████████████ ████
>
> <image002.png> <image003.png> <image004.png>
>
> Blog   YouTube   LinkedIn   Twitter   Instagram
>
> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>
> <image001.png>
>
> ████████████████ ████

1/1/21, 10:40 AM

Complaint 22                                      Exhibit 10

Gmail Prorated Relocation Assistance Payback                    https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...



<image002.png> <image003.png> <image004.png>

Blog    YouTube    LinkedIn    Twitter    Instagram

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

[Quoted text hidden]

**Parks, Ryan** <░░░░░░░░░░░░░>                                                     Mon, Oct 5, 2020 at 10:01 AM
To: David Ollodart <░░░░░░░░░░>

Hi David,

Please send to address attached.

Thanks,

**Ryan G. Parks**

Relocation Coordinator

SIRVA

Blog    YouTube    LinkedIn    Twitter    Instagram

[Quoted text hidden]
[Quoted text hidden]

SEND MONEY (002).PNG
45K

**David Ollodart** <░░░░░░░░░░>                                                     Mon, Oct 5, 2020 at 1:49 PM
To: "Parks, Ryan" <░░░░░░░░░░>

Hello Ryan,

I've set up the wire transfer to go through tomorrow, 10/06/2020, for the amount $4450.50.
SIRVA should receive a wire transfer from BECU in my name to the account number provided in your attachment.
I'll confirm tomorrow with the bank that the wire transfer went through.

Best,

David
[Quoted text hidden]

**Parks, Ryan** <░░░░░░░░░░>                                                     Tue, Oct 6, 2020 at 6:54 AM
To: David Ollodart <░░░░░░░░░░>

Sounds good. Thank you for the update.

Best regards,

**From:** David Ollodart <░░░░░░░░░░>
**Sent:** Monday, October 5, 2020 4:49:11 PM
[Quoted text hidden]

[Quoted text hidden]

**David Ollodart** <░░░░░░░░░░>                                                     Tue, Oct 6, 2020 at 4:34 PM
To: "Parks, Ryan" <░░░░░░░░░░>

3 of 4                                                                            1/1/21, 10:40 AM

Gmail - Prorated Relocation Assistance Payback                    https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

The wire transfer shows as completed on my end, can you confirm or give me an ETA for confirmation and the credit memo?

Thanks,

David
[Quoted text hidden]

---

**Parks, Ryan** <████████████>                                                        Thu, Oct 8, 2020 at 7:27 AM
To: David Ollodart <████████████>

Hi David,

We should have credit memo by end of this week. I'll let you know if we don't receive and we need further assistance.

Thank you,

Ryan G. Parks

Relocation Coordinator

# SIRVA

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**David Ollodart** <████████████>                                                      Sat, Nov 14, 2020 at 1:39 PM
To: "Parks, Ryan" <████████████>

Hi Ryan,

Some notes

1. I never received a tax form for the original payment made to me in 2019 (1099) in this e-mail or my work e-mail.
2. I received a 6000.00 payment on December 12th, 2019 to my checking account with payee Sirva Relo Payments Frfcash Out Allowance.
   I never received the additional 1017.00 payment stated to be given in 2020.
3. I still haven't received a credit memo for the payment I made back.
4. I applied for unemployment benefits and was eligible. This means my termination code was set to involuntary, rather than voluntary.
   In light of this, I am not obliged to pay back my relocation. I'm surprised that Intel did not share with you the status of the termination code (I am also surprised that they didn't share that termination code with me).
   In fact, when I contacted HR and requested my termination code they only gave me the termination description as "left for personal reasons".

Could you do the following:

1. set up the deposit back to my account for what I paid back?
2. provide me a 1099 tax form to report my earnings?
3. In addition to what I paid back, I would need to be compensated the 1017 dollars never given to me.

Thank you,

David Ollodart

[Quoted text hidden]

---

**Parks, Ryan** <████████████>                                                        Tue, Nov 17, 2020 at 6:52 AM
To: David Ollodart <████████████>

Hi David,

I reached out to management for an answer, and will get back to you immediately after I receive a response. Let me know if you have any further questions or concerns.

[Quoted text hidden]
[Quoted text hidden]

---

**David Ollodart** <████████████>                                                      Tue, Nov 17, 2020 at 12:16 PM
To: "Parks, Ryan" <████████████>

Thank you, Ryan. Also, I don't know why the $6000.00 payment was made before January 1st, or at least was recorded in my bank transactions as being on December 12th. I received an e-mail from you as follows, on Wed, Dec 11, 2019, 5:45 AM PST:

-

Hi David,

Update: Yes – it looks as though your lump sum payment has been place [sic] on hold due to Intel's blackout period. You can expect your payout to begin processing Jan. 1 and see funds within 7 business days. Let me know if you have further questions or concerns."

This has implications for the tax year I would report this income in. Please also ask your management why my lump sum was paid during Intel's blackout period, or if the bank recorded the transaction time incorrectly.

Best,

David

[Quoted text hidden]

---

4 of 4                                                                           1/1/21, 10:40 AM

Complaint 24

Exhibit 10
REMOVAL EXHIBIT 2
Page 26 of 95

# Exhibit 11
This page intentionaly left blank.

Exhibit 11
REMOVAL EXHIBIT 2
Page 27 of 95

M Gmail                                                                David Ollodart <​▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>

**RE: Tax discussion request - paid in 2019 - David Ollodart - WWID** ▇▇▇▇▇
5 messages

**Crupe, Elizabeth E** <​▇▇▇▇▇▇▇▇▇▇▇▇▇▇>                                               Tue, Nov 17, 2020 at 8:26 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇
Cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ "Crupe, Elizabeth E" <elizabeth.e.crupe@intel.com>

Hi David,

My name is Elizabeth Crupe and I am the Relocation Program Manager for the GAM region. Nice to meet you. Please see the below responses to your queries. I will find out about the credit memo and get back to you.

Thank you, Elizabeth

> **From:** David Ollodart <​▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
> **Sent:** Saturday, November 14, 2020 4:26 PM
> **To:** Parks, Ryan <​▇▇▇▇▇▇▇▇▇▇>
> **Subject:** Re: Prorated Relocation Assistance Payback
>
> ** CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **
>
> Hi Ryan,
>
> Some notes
>
> 1. I never received a tax form for the original payment made to me in 2019 (1099) in this e-mail or my work e-mail. Attached for your reference and use.
>
> 2. I received a 6000.00 payment on December 12th, 2019 to my checking account with payee Sirva Relo Payments Frfcash Out Allowance.
>
>   I never received the additional 1017.00 payment stated to be given in 2020. Payment was deposited on March 27 into your BECU account ending in 1784. Payslip is attached.
>
> 3. I still haven't received a credit memo for the payment I made back. I will look into this and get back to you. My payroll contact is on vacation.
>
> 4. I applied for unemployment benefits and was eligible. This means my termination code was set to involuntary, rather than voluntary. Your termination appears to have been voluntary based on the attached email.
>
>   In light of this, I am not obliged to pay back my relocation. I'm surprised that Intel did not share with you the status of the termination code (I am also surprised that they didn't share that termination code with me).
>
>   In fact, when I contacted HR and requested my termination code they only gave me the termination description as "left for personal reasons".
>
> Could you do the following:
>
> 1. set up the deposit back to my account for what I paid back?
>
> 2. provide me a 1099 tax form to report my earnings?
>
> 3. in addition to what I paid back, I would need to be compensated the 1017 dollars never given to me.
>
> Thank you,
>
> David Ollodart

**From:** David Ollodart <​▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Monday, September 21, 2020 1:48 PM
**To:** Parks, Ryan <​▇▇▇▇▇▇▇▇▇>
**Subject:** Re: Prorated Relocation Assistance Payback

** CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. **

Hello Ryan,

OK, if I only get a credit memo, what does that mean for  taxes? If I return the money which I received in 2019 will I get money back in 2020 on taxes paid for it?

Also, how can I pay this balance? Can it be scheduled to be deducted from my bank account at some time?

Thanks,

David

On Mon, Sep 21, 2020 at 8:02 AM Parks, Ryan <​▇▇▇▇▇▇▇▇▇▇> wrote:

> Hi David,

Complaint 26

Exhibit 11
REMOVAL EXHIBIT 2
Page 28 of 95

Gmail RE: Tax discussion request - paid in 2019 - David ...          https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

To simplify this case since you had a 1099 issued for the funds received in 2019, let's not involve OASDI (Social Security) and you would get a credit memo (no W2C for FICA purposes) for use on next tax year return.

| | |
|---|---|
| 2019 amount | 6000.00 |
| 2020 amount | 1017.00 |
| Total net received | 7017.00 |
| | |
| Days short | 463 |
| Days worked | 267 |
| Employment commitment | 730 |
| | |
| **Amount due from employee (net total/730)x463** | **4,450.50** |

Let me know if you have any further questions or concerns.

Thanks,

**Ryan G. Parks**
Relocation Coordinator



Blog   YouTube   LinkedIn   Twitter   Instagram

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

---------- Forwarded message ----------

From: "Ollodart, David" <
To: "Diana, Dan" <                            >, "      , Paul" <                            >, "Krsmanovic, Nemanja L" <                            >, "Tsao, Robert" <                            >
Cc: "Stone, Wesley T" <                            >
Bcc:
Date: Sat, 29 Aug 2020 20:19:00 +0000
Subject: 2 Week Notice

Hello TMI Integration CWW leadership,

I am putting in my two week notice for termination of employment starting Sunday evening start of shift 4. There are several items to take care of:

1. Legal contracts such as non-compete agreements and non-disclosure agreements, which I believe were all signed at start of employment but which I do not fully understand, and other legal matters
2. Prorated payback of move allocation in 2 year period, preferably to be deducted from current holdings in employee stock purchase plan, compensation for untaken holiday/vacation time (if allowed for exempt employees), health insurance coverage and other benefits end dates, and other financial matters
3. Return of company property (badge, laptop, phone, work from home office equipment, and any other property) including redirection/cancellation of a current order for a sit/stand desk to be delivered in September

Please advise me to any other financial or legal obligations I may have. I do not take this decision lightly and regret that my time with Intel must be so short.

Best,

2 of 3                                                                                                                                11/30/20, 1:49 PM

Exhibit 11
REMOVAL EXHIBIT 2
Page 29 of 95

Gmail℠ RE: Tax discussion request - paid in 2019 - David ...       https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...



David

---

**3 attachments**

📄 **David Ollodart 1099-MISC.pdf**
238K

📄 **David_Ollodart_(_____)__03_31_2020_(Regular_-_On_Demand_Payment_Additional)_-_Complete.pdf**
86K

📄 **2 Week Notice.eml**
12K

---

**David Ollodart** <_____>
To: "Crupe, Elizabeth E" <_____>                                                        Wed, Nov 18, 2020 at 9:58 AM

Thank you Elizabeth, I didn't realize the second payment would be through Intel's payroll and not through SIRVA. Two points:

1. I don't know why the $6000.00 payment was made before January 1st,
or at least was recorded in my bank transactions as being on December 12th.
I received an e-mail from Ryan parks as follows, on Wed, Dec 11, 2019, 5:45 AM PST:
"

Hi David,

Update: Yes – it looks as though your lump sum payment has been place [sic] on hold due to Intel's blackout period.
You can expect your payout to  begin processing Jan. 1 and see funds within 7 business days. Let me know if you have further questions or concerns."

This has implications for the tax year I report this income in. Why was my lump sum paid during Intel's blackout period rather than the start of the 2020 tax year?
Or did the bank record my transaction time incorrectly? I don't think the IRS or state tax services would like to see income from a job in Oregon being reported in
a different year and different state at the time I had a much smaller graduate student's stipend and a smaller state income tax.

2. I know I sent that e-mail, but Intel management has recorded my termination as involuntary as evidenced by my unemployment insurance filing being approved.
If you have access to my work e-mails, then you should also have access to my HR record.
Please respond with my termination code (the three letter digit) and its meaning, and the implication given the 8th item in the Relocation Agreement regarding prorated
pay back under some termination classifications.

Thank you,

David Ollodart
[Quoted text hidden]

---

**Crupe, Elizabeth E** <_____>
To: David Ollodart <_____>                                                        Wed, Nov 18, 2020 at 10:35 AM

Hi David,

SIRVA typically pays 4-6 weeks before the start date and this on just slipped through in 2019. The 1099 was sent so you could pay the taxes on the payment. The 1017 payment was to cover the estimated tax payment you would
have made using the 1099. Have you already paid back the funds? Are just waiting on a credit memo?

About your termination code. It is voluntary. If you were given unemployment, I expect there is a mistake somewhere.

Below is a snapshot from the termination code page. The Undesired means "undesired by Intel" and personal reasons, which is your termination code, is undesired by Intel.

| PER | Personal Reasons | General (including where employee declined to cite a reason for leaving Intel) or if employee required to return to the military (ISR Only). | Undesired |
|---|---|---|---|

[Quoted text hidden]

---

**David Ollodart** <_____>
To: "Crupe, Elizabeth E" <_____>                                                        Wed, Nov 18, 2020 at 10:42 AM

Yes I have already wire transferred $4450.50 to SIRVA on 10/06/2020. In light of the termination code and the Relocation agreement, I am just waiting on the credit memo.

Thank you,

David Ollodart
[Quoted text hidden]

---

**Crupe, Elizabeth E** <_____>
To: David Ollodart <_____>                                                        Wed, Nov 18, 2020 at 10:46 AM

Ok, I will see what is going on with the credit memo and get back to you. You will use it when you file your 2020 tax return from what I understand of CMs. I should have an update next week.

[Quoted text hidden]

---

3 of 3                                                                                            11/30/20, 1:49 PM

Exhibit 11
REMOVAL EXHIBIT 2
Page 30 of 95

# Exhibit 12
This page intentionaly left blank.

2 Week Notice - davidollodart@gmail.com                    https://mail.google.com/mail/u/0/?ui=2&view=btop&ver...

## Subject: 2 Week Notice

 **Ollodart, David** <david.ollodart@intel.com>                    Sat, Aug 29, 2020, 1:19 PM
to Diana, Dan, Elfick, Paul, Krsmanovic, Nemanja L, Tsao, Robert, Stone, Wesley T

**You are viewing an attached message.** Gmail can't verify the
authenticity of attached messages.

Hello TMI Integration CWW leadership,

I am putting in my two week notice for termination of employment starting Sunday evening start of shift 4.
There are several items to take care of:

1. Legal contracts such as non-compete agreements and non-disclosure agreements, which I believe
   were all signed at start of employment but which I do not fully understand, and other legal matters
2. Prorated payback of move allocation in 2 year period, preferably to be deducted from current
   holdings in employee stock purchase plan, compensation for untaken holiday/vacation time (if
   allowed for exempt employees), health insurance coverage and other benefits end dates, and
   other financial matters
3. Return of company property (badge, laptop, phone, work from home office equipment, and any
   other property) including redirection/cancellation of a current order for a sit/stand desk to be
   delivered in September

Please advise me to any other financial or legal obligations I may have. I do not take this decision lightly
and regret that my time with Intel must be so short.

Best,

David

1 of 1                                                              1/1/21, 12:00 PM

Complaint 30                                                        Exhibit  12

# Exhibit 13

## This page intentionaly left blank.

Unredactable file (signed) so page containing sensitive information omitted.

213
DocuSign Envelope ID: 8CB11B1C-95BF-4475-A1C9-DACA983F8FCF



## 1 Way Permanent Relocation Agreement Form

**When to use this form**:
If you are permanently moving from one location into a new location,  you are required to sign Intel's Relocation Agreement prior to receiving relocation assistance. Relocation must receive your Relocation Agreement before any relocation assistance can be processed.

By signing this form you are agreeing to the terms and conditions set forth in this agreement.

Intel employees who are legally married or are living in one household will typically be administered under one relocation package.  **Both employees must sign the Relocation Agreement.**

Please be sure the following information has been filled in before you send your form to Relocation:

**Effective Date and Employee Name**
- o   Fill in your start date at your new Intel work location
- o   Print your full name (Last Name, Middle Initial, First Name).
- o   Fill in your Worldwide ID (WWID#).  If your WWID is unknown please leave space blank.

**Current Resident Site and New Intel Work Location**
- o   Print your current resident site (City/Province/State and Country)
- o   Print your new Intel work location (City/Province/State and Country)

**Accompanying Household Members**
- o   Print the full name of each accompanying household member and their relationship to you

**Signature and Date**
- o   Please sign and date this form before you submit it to Relocation.  Be sure to make a copy for your records

214
DocuSign Envelope ID: 8CB11B1C-95BF-4475-A1C9-DACA983F8FCF



|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

6.  I understand that "Relocation Assistance" in the form of cash allowances and supplier services will only be initiated after this agreement has been signed/submitted by me and received by Intel. I am responsible for budgeting these lump-sum payments, and I will not receive any additional money from Intel beyond these payments.

7.  I understand that I am eligible for certain "Relocation Assistance", but that Intel will not extend the service, reimburse or otherwise pay for "Relocation Assistance" incurred after that 365 day period (unless mentioned in a specific provision for a longer validity period) following start date in new location or during any period when I am no longer employed by Intel, whichever comes sooner.

8.  I understand that Intel advances "Relocation Assistance" on my behalf only during my period of employment. Intel reserves the right to determine and enforce pay back requirements.  The Company will not require repayment of any Relocation Assistance where my employment is terminated for poor performance or reasons beyond my control such as a reduction in force, reorganization, divestiture or disability. If I voluntarily terminate my employment with Intel (excluding corporate events, such as divestitures), or if my employment is involuntarily terminated due to my actions or behaviors warranting immediate discharge pursuant to Intel's Discipline and Discharge Guideline (a "Qualifying Termination"), I will be responsible for a prorated payment of amortized relocation expenses under the following schedule.

### Repayment Schedule

| Internal transfers | Repayment for **Internal Transfers** (including Intel International, Intel subsidiaries) is based on a 1-year (365 day) employment commitment, calculated as follows:<br><br>(Total Relocation Assistance/ 365 days) multiplied by (365 days minus the number of days worked)<br> = Amount due to Intel. |
|---|---|
| Recent hires | Repayment for "Recent Hires" is based on a 2-year (730 days) employment commitment, calculated as follows:<br><br>(Total Relocation Assistance/ 730 days) multiplied by (730 days minus the number of days worked) minus (any unpaid cash allowance installment) = Amount due to Intel. |

### Repayment Schedule by Country

Subject to local law, employees who terminate employment short of their relocation commitment  will have a repayment obligation for the cost of your relocation.

**For Intel Contract Employees:** The repayment schedule will be based on the period of employment outlined in your contract and may differ from the country employment commitment periods listed in the table below.

215
DocuSign Envelope ID: 8CB11B1C-95BF-4475-A1C9-DACA983F8FCF



| Employees hired into: | Repayment Schedule: |
|---|---|
| India | Pro-rated recovery prior to completion of three (3) years of employment commitment |
| Japan | Pro-rated payment prior to completion of one (1) year of employment commitment for both internal transfer and recent hires |
| Vietnam | Pro-rated payment prior to completion of three (3) years of employment commitment. |
| Malaysia | **For critical hire and Extended Benefit international hires/transfers** :  Pro-rated payment prior to completion of three (3) years  of employment commitment<br>**For others** :<br>Pro-rated payment prior to completion of two (2) years  of employment commitment |
| PRC | All one-way moves (domestic or internationally) into or within PRC will be administered based on the ''Recent Hires'' employment commitment and repayment requirement above<br><br>Pro-rated total relocation cost prior to completion of two (2) years (730 day) of employment commitment |
| Others (not listed above) | **For ''Internal Transfers''** (transfer from one Intel site to another Intel site) : Pro-rated payment prior to completion of one (1) year of employment commitment<br>**For ''Recent Hires'' :**<br>Pro-rated payment prior to completion of two (2) years  of employment commitment |

**Extended Benefit**

In addition, to the extent that Intel provides coverage of Relocation Assistance beyond my employment commitment above (''Extended Benefit'') and in the event of a Qualifying Termination, I will be responsible to repay each relocation expense paid after the completion of my employment commitment above and immediately prior to my Qualifying Termination date according to the following formula, as applied separately to each relocation expense:

> Total Extended Benefit Costs/ # of days of Extended Benefit coverage period x  # of days between Qualifying Termination date and the end date of Extended Benefit coverage period = Amount due to Intel

''Extended Benefit Coverage Period'' is defined as the period of benefit coverage for which payment of the applicable Extended Benefit cost covers.

I understand that days spent on Leaves of Absence for reasons other than my own serious health condition will not be counted toward fulfilling my employment commitment.

9.    Subject to local law, I agree to repay the amount calculated pursuant to the foregoing formula ("Amount Due") in full on or before my Qualifying Termination date.  I hereby authorize Intel, at its option, to recoup the full or partial repayment of the Amount Due at the time of my Qualifying Termination through one or more of the following methods: a) deduction from any salary, wages or bonuses due me on or after termination; b) deduction from any of my monies held in Intel stock purchase plan; c) deduction from any other sum due me from Intel; or d) deduction from any sum due to me pursuant to my exercise of any Intel stock option, at or following notice of my Qualifying Termination.  The Amount Due, where applicable, will be deducted from net sums following deductions of withholding taxes and other deductions.  I hereby authorize eTrade to distribute to Intel from the proceeds of the exercise of my Intel Stock Options the Amount Due to the extent that it has not been repaid by me at the time of my Qualifying Termination from other sources.

216
DocuSign Envelope ID: 8CB11B1C-95BF-4475-A1C9-DACA983F8FCF



10. I also agree that I will, at the time of my termination, execute the Acknowledgement of Relocation Cost Calculation and Deduction form.

11. In addition to taxes I may owe in the new/future country, I understand that I will have residual tax liability to the current home country for equity awards received/vested/earned while in the current home country.  I understand that such residual tax liability will be entirely my responsibility.  However, I authorize Intel to calculate and advance such taxes on my behalf to the current home country and to invoice me for the amount(s) paid.  I agree to reimburse Intel for all such advances within thirty (30) days of receiving each invoice from Intel.  If I do not fully reimburse Intel for all such advances within thirty (30) days of receiving the invoice(s) from Intel, then I authorize Intel to take deductions from my pay for the full amount of the advance(s), to the maximum extent permitted by law.  Such deductions may be taken during a single pay period or during multiple pay periods until each advance is repaid. I understand that Intel may make multiple advances on my behalf during the residual tax liability period.  My agreement to repay and/or to allow deductions from pay pertains to each such advance Intel may make on my behalf. I also acknowledge that not fully reimbursing Intel for all residual taxes as above-mentioned will be considered as a disciplinary offense and I will be exposed to disciplinary measures, up to and including termination as permitted by local law.

12. I further agree that, in addition to the methods described above, Intel may deduct, subject to local law, any unpaid portions of the amount due in whole or in part, from the difference between the grant price and the exercise price, net of withheld taxes, of any Intel Stock options exercised by me at any time after notice of my Qualifying Termination and 90 days following the date of my termination.

13. I understand certain "Relocation Assistance" must be included in my gross income and are subject to tax.  If applicable, I also understand that while I can deduct some of my expenses related to my relocation according to IRS guidelines (Canada Customs and Revenue Agency guidelines for Canada employees), I must have receipts to show my actual expenses.  I understand that it is my responsibility to keep receipts, to respond to audits and to pay my income taxes.  I agree that I will indemnify and hold Intel harmless for all fees, penalties, interest, attorneys' fees, assessment or taxes paid by Intel due to my failure to timely pay applicable state/provincial and federal taxes.

14. If I am required to pay any portion of "Relocation Assistance", I understand that I also may be required to repay Intel for taxes that were paid on my behalf.  Intel hereby reserves the right, at its sole discretion, to make adjustments for income tax or withholding purposes in order to comply with applicable tax laws.

15. I understand that this Relocation Agreement is not a contract of employment and does not guarantee continued employment with Intel or (U.S. only) alter my at will employment status.

16. Tax: Applicable to all moves. I understand certain Relocation Assistance must be included in my gross income and are subject to tax.  I understand that it is my responsibility to keep receipts, adhere to all applicable tax regulations, provide information required to complete accurate tax returns on a timely basis, file these returns by the necessary due dates, pay my income taxes and respond to audits. Any interest and penalties associated with my failure to comply with these requirements will be my responsibility.

17. If I fail to repay Intel within 30 days of notification, I authorize Intel, subject to local law, to deduct any money I owe from my Quarterly Profit Bonus (QPB), Annual Performance Bonus (APB), Stock Purchase Plan (SPP) and/or through wages/commissions or other local payments I may be entitled to receive. I understand that failure to repay money owed to Intel may lead to disciplinary action, up to and including employment termination.

18. If my start date changes after I sign and submit this agreement to Relocation, I understand the "system of record" will default to the start date recorded in Workday.

19. I understand that an International 1 Way Relocation is a permanent relocation and does not include any promise or commitment of a return relocation back to the original home site. This includes employee separations from the company, whether voluntarily or involuntarily.

20. To affect your move, Intel Relocation may need to share some of your personal details with our external supplier. By way of example, suppliers will be provided with your full legal name, the full

217
DocuSign Envelope ID: 8CB11B1C-95BF-4475-A1C9-DACA983F8FCF



legal names of your household members, and your current contact information, including phone number and email address. Please confirm by signing below, your agreement allowing Relocation to do this, as we are unable to progress your move without your prior authorization.

I have read and understand and agree to the terms and conditions outlined in the Relocation Agreement. (If the move includes two Intel spouses on assignment to the same location, both must sign below.)

**GAR Employees:**

I have reviewed the "Authorized Relocation Assistance Package" for my permanent move and I understand that this is the complete summary of the Relocation Assistance I am eligible for, based on my manager's approval.  No other assistance is implied. I am aware that Relocation Assistance is part of my compensation package, and therefore to be considered confidential and not to be shared with other Intel employees.

"Relocation Assistance" includes all Relocation Assistance related to this permanent move incurred before, during or after the transfer date, regardless of whether they are paid through a lump sum, supplier invoice, or expense report reimbursement, as summarized in the "Authorized Relocation Assistance Package".

**India Employees:**

I hereby agree to sign the Relocation Agreement executed on the stamp paper which is an India site compliance requirement.

**Russian Employees on a Permanent 1-Way Move:**

For compliance and records retention, Russia assignees are additionally required to sign and submit the hard copy of the Relo Agreement to Russia HR Services at the mail stop: Nizhny Novgorod, TGV 713.

**Signature(s)**

David Ollodart

Primary Relocating Employee
 (please type or print)

*David Ollodart*
69204A40933D429...

12/5/2019 | 10:06:43 AM CST
Date

N/A

Intel Spouse Relocating, if applicable
(please type or print)

Intel Spouse Signature, if applicable

12/5/2019 | 10:06:43 AM CST
Date

# Exhibit 14
This page intentionaly left blank.

Gmail☒ We'll see you soon for your appointment                    https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

 Gmail                                    David Ollodart <███████████████>

---

**We'll see you soon for your appointment**
1 message

**Xfinity My Account** <NoReply@care.comcast.com>                    Thu, Jul 2, 2020 at 4:16 AM
Reply-To: email@care.comcast.com
To: ███████████████

---

Need to reschedule? <u>Log in to make changes</u>                              <u>My Account</u>



---

# Your appointment is right around the corner

David, we've lined up an XFINITY tech expert to get
your services up and running. In the meantime, here are
all your appointment details:

## Your appointment details

**Arrival Date & Time:**  8:00:00 AM - 10:00:00 AM on Friday, 07/03/20

For new service installation, your appointment could last between 2-4 hours.
For other service visits, we should be done within an hour so.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Address:**  ███████████████
███
Hillsboro, OR  ███████

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Phone:**  ███████████

We'll give you a call at this number, should anything come up the day of your appointment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Questions?** <u>Chat with us online</u> | <u>Reschedule your appointment</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Complaint 38                                              Exhibit 14
                                                    REMOVAL EXHIBIT 2
                                                      Page 40 of 95

Gmail☐ We'll see you soon for your appointment          https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...



## Get ready for your appointment

- Make sure someone 18 years or older is home for your appointment.

- Have all of your equipment ready for the tech to connect - phone, TV, computer, etc.

- Ensure you have plenty of power outlets or have a power strip handy.



## Here's what our tech experts are all about

- **A commitment to being on time**. If we're late, we'll automatically credit you $20.*

- **Service expertise**. Our techs have had months of in-depth, trainer-led classroom instruction and field training on our technology.

- **Answering your toughest questions**. Ask us about anything related to your service, including how to use My Account.



View & make changes to your appointment right from your phone

Get the XFINITY My Account app ▶

 All backed by the
Comcast Customer Guarantee.                    

Restrictions apply. Not available in all areas.

*$25 credit provided in Comcast systems in Illinois.

Standard data charges apply to app download and usage. Check with your carrier.

This is a service-related email. Comcast will occasionally send you service-related emails to inform you of

service upgrades or new benefits.

2 of 3                                                              12/16/20, 2:11 PM

Gmail≈ We'll see you soon for your appointment          https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website here.

Comcast respects your privacy. For a complete description of our privacy policy, click here.

© 2015 Comcast. All rights reserved. All trademarks are the property of their respective owners.

Comcast Cable, One Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103,

Attn: Email Communications

Complaint 40                                                            Exhibit 14
                                                                REMOVAL EXHIBIT 2
                                                                Page 42 of 95

# Exhibit 15
This page intentionaly left blank.

225

**E✱TRADE Securities**
**Investment Account**

December 1, 2020 - December 31, 2020
Account Number:     ▮-4888
Account Type:       **INDIVIDUAL**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**IMPORTANT INFORMATION:**
**Why not get your statements, confirmations, and tax
documents online?**
Enroll for paperless delivery today at *etrade.com/paperless*.

**Customer Update:**

**When to expect your 2020 tax documents**
Visit *etrade.com/tax* to see when you'll receive 1099s, 5498s, and
other tax documents.

DAVID B OLLODART

**Account At A Glance**



$62,775.91        $62,690.09

As of 11/30/20     As of 12/31/20

Net Change:                    $-85.82

**E✱TRADE®**

DETACH HERE ▲                                              DETACH HERE ▲
DAVID B OLLODART

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip**    **Acct:** ▮-4888

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

123120200001 111457248883

226



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.

In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash; and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easonnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20

Exhibit 15

REMOVAL EXHIBIT 2
Page 45 of 95

227

 

**E✱TRADE Securities**
Investment Account

| Account Number: ▮▮▮-4888 | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

**Customer Update:**

**Tax questions? No problem.**
Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | November 30, 2020 |
| Beginning Account Value (On 11/30/20): | $  62,775.91 |
| Ending Account Value (On 12/31/20): | $  62,690.09 |
| Net Change: | $  -85.82 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 12/31/20)



0.53% - Cash & Equivalents

35.97% - Mutual Funds

63.50% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/20 | AS OF 11/30/20 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $      333.40 | $       77.14 | 332.20% |
| **Total Cash/Margin Debt** | **$      333.40** | **$       77.14** | **332.20%** |
| Stocks, Options & ETF (Long) | $  39,809.84 | $  32,487.51 | 22.54% |
| Mutual Funds | $  22,546.85 | $  30,211.26 | -25.37% |
| **Total Value of Securities** | **$  62,356.69** | **$  62,698.77** | **-0.55%** |
| **Net Account Value** | **$  62,690.09** | **$  62,775.91** | **-0.14%** |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
**$250,000**.  Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.

E✱TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 ‑0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

Complaint 44

Exhibit  15
REMOVAL EXHIBIT 2
Page 46 of 95

228

 

**E✴TRADE Securities**
**Investment Account**

| | | |
|---|---|---|
| **Account Number:** ████-4888 | **Statement Period :** December 1, 2020 - December 31, 2020 | **Account Type:** INDIVIDUAL |

**NET ACCOUNT VALUE BY MONTH END**

| ACCOUNT TRANSACTION SUMMARY | | |
|---|---|---|
| **DESCRIPTION** | **THIS PERIOD** | **YEAR TO DATE** |
| Securities Purchased | $     -6,099.06 | $     -54,456.97 |
| Securities Sold | $      8,500.00 | $      8,500.00 |
| Interest Received | | |
| Taxable | $          0.01 | $          0.11 |
| Dividends Received | | |
| Taxable | $        212.29 | $        395.79 |

**TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/20)**



13.14%  - OTHER
4.15%  - XLK
4.84%  - VBTLX
5.23%  - SMH
5.58%  - IGM
6.67%  - FTEC
8.47%  - SOXX
10.16%  - VGT
10.65%  - INTC
31.13%  - VTSAX

E*TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF  10

Complaint 45

Exhibit  15

229

  

E✱TRADE Securities
Investment Account

| Account Number: ▬4888 | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.53% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | |
| Opening Balance | | 77.14 |
| Closing Balance | 0.53 | 333.40 |
| Average Balance | | 1,181.52 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2020** | | 333.40 |
| ETRADE BANK | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| **TOTAL CASH & CASH EQUIVALENTS** | **0.53%** | **$333.40** |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (63.50% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AVALONBAY COMMUNITIES INC | AVB | Cash | 13 | 160.4300 | 2,085.59 | 3.33 | 83.00 | 3.98% |
| FIDELITY COVINGTON TR MSCI INFORMATION TECHNOLOGY INDEX ETF | FTEC | Cash | 40 | 104.5100 | 4,180.40 | 6.67 | 43.00 | 1.03% |
| HUDSON PACIFIC PROPERTIES INC | HPP | Cash | 83 | 24.0200 | 1,993.66 | 3.18 | 83.00 | 4.16% |
| INTEL CORP | INTC | Cash | 134 | 49.8200 | 6,675.88 | 10.65 | 177.00 | 2.65% |
| ISHARES PHLX SEMICONDUCTOR ETF | SOXX | Cash | 14 | 379.1800 | 5,308.52 | 8.47 | 43.00 | 0.81% |
| ISHARES TRUST ISHARES EXPANDED TECH SECTOR ETF | IGM | Cash | 10 | 349.8300 | 3,498.30 | 5.58 | 11.00 | 0.31% |
| MODERNA INC COMMON STOCK | MRNA | Cash | 7 | 104.4700 | 731.29 | 1.17 | | |
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION | SAIC | Cash | 10 | 94.6400 | 946.40 | 1.51 | 15.00 | 1.58% |

Complaint 46

Exhibit 15

REMOVAL EXHIBIT 2

230

  

E✱TRADE Securities
Investment Account

| Account Number: ▮▮-4888 | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)**

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| SELECT SECTOR SPDR TRUST THE TECHNOLOGY SELECT SECTOR SPDR FUND | XLK | Cash | 20 | 130.0200 | 2,600.40 | 4.15 | 24.00 | 0.92% |
| SL GREEN REALTY CORP | SLG | Cash | 36 | 59.5800 | 2,144.88 | 3.42 | 131.00 | 6.11% |
| VANECK VECTORS ETF TR SEMICONDUCTOR ETF | SMH | Cash | 15 | 218.4200 | 3,276.30 | 5.23 | 23.00 | 0.70% |
| VANGUARD SECTOR INDEX FDS VANGUARD INFORMATION TECHNOLOGY ETF | VGT | Cash | 18 | 353.7900 | 6,368.22 | 10.16 | 52.00 | 0.82% |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$39,809.84** | **63.50%** | **$685.00** | **1.72%** |

**MUTUAL FUNDS (35.97% of Holdings)**

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL | VBTLX | Cash | 261.135 | 11.6200 | 3,034.39 | 4.84 | 68.00 |
| **VANGUARD INDEX TR VANGUARD TOTAL STK MKT ADMIRAL ADMIRAL SHS | VTSAX | Cash | 205.958 | 94.7400 | 19,512.46 | 31.13 | 276.00 |
| **TOTAL MUTUAL FUNDS** | | | | | **$22,546.85** | **35.97%** | **$344.00** |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/20)** | **$62,690.09** |
|---|---|

| **TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** | **$1,029.00** |
|---|---|

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

Exhibit  15

REMOVAL EXHIBIT 2
Page 49 of 95

231

  

E✱TRADE Securities
Investment Account

| Account Number: ████-4888 | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
|---|---|---|

## TRANSACTION HISTORY

**SECURITIES PURCHASED OR SOLD (MUTUAL FUND ACTIVITY LISTED IN SEPARATE SECTION)**

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/22/20 14:12 | 12/24/20 | AVALONBAY COMMUNITIES INC | AVB | Bought | 13 | 157.8400 | 2,051.92 | |
| 12/22/20 14:10 | 12/24/20 | HUDSON PACIFIC PROPERTIES INC | HPP | Bought | 83 | 24.1289 | 2,002.70 | |
| 12/23/20 15:22 | 12/28/20 | SL GREEN REALTY CORP | SLG | Bought | 36 | 56.7900 | 2,044.44 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$6,099.06** | |

**MUTUAL FUNDS PURCHASED OR SOLD**

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 12/21/20 | 12/22/20 | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL VS CASH FUND LID #VSM000017495680500 FUND CONF #010003900 | VBTLX | Sold | -430.663 | 11.6100 | | 5,000.00 |
| 12/22/20 | 12/23/20 | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL VS CASH FUND LID #VSM000175909975500 FUND CONF #010003979 | VBTLX | Sold | -301.464 | 11.6100 | | 3,500.00 |
| **TOTAL MUTUAL FUNDS ACTIVITY** | | | | | | | | **$8,500.00** |

**DIVIDENDS & INTEREST ACTIVITY**

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/01/20 | Dividend | INTEL CORP CASH DIV ON   134 SHS REC 11/07/20 PAY 12/01/20 | INTC | | 44.22 |
| 12/01/20 | Dividend | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL RECORD 11/30/20 PAY 11/30/20 | VBTLX | | 18.81 |

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

Complaint 48

Exhibit  15

232

  

E*TRADE Securities
Investment Account

Account Number: ████-4888        Statement Period : December 1, 2020 - December 31, 2020        Account Type: INDIVIDUAL

**DIVIDENDS & INTEREST ACTIVITY (Continued)**

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/18/20 | Dividend | ISHARES TRUST ISHARES EXPANDED TECH SECTOR ETF CASH DIV ON 10 SHS REC 12/15/20 PAY 12/18/20 NON-QUALIFIED DIVIDEND | IGM | | 1.73 |
| 12/18/20 | Dividend | ISHARES PHLX SEMICONDUCTOR ETF CASH DIV ON 14 SHS REC 12/15/20 PAY 12/18/20 NON-QUALIFIED DIVIDEND | SOXX | | 10.46 |
| 12/22/20 | Dividend | VANGUARD SECTOR INDEX FDS VANGUARD INFORMATION TECHNOLOGY ETF CASH DIV ON 18 SHS REC 12/18/20 PAY 12/22/20 NON-QUALIFIED DIVIDEND | VGT | | 12.42 |
| 12/23/20 | Dividend | FIDELITY COVINGTON TR MSCI INFORMATION TECHNOLOGY INDEX ETF CASH DIV ON 40 SHS REC 12/21/20 PAY 12/23/20 NON-QUALIFIED DIVIDEND | FTEC | | 8.00 |
| 12/23/20 | Capital Gain | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL L/T CAPITAL GAIN RECORD 12/21/20 PAY 12/23/20 L/T CAP RATE 0.014000000 | VBTLX | | 7.86 |
| 12/23/20 | Dividend | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL S/T CAPITAL GAIN RECORD 12/21/20 PAY 12/23/20 S/T CAP RATE 0.004900000 | VBTLX | | 2.75 |
| 12/24/20 | Dividend | SELECT SECTOR SPDR TRUST THE TECHNOLOGY SELECT SECTOR SPDR FUND CASH DIV ON 20 SHS REC 12/22/20 PAY 12/24/20 NON-QUALIFIED DIVIDEND | XLK | | 5.95 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF 10

233

  E✻TRADE Securities
Investment Account 

**Account Number:** ████-4888       **Statement Period :** December 1, 2020 - December 31, 2020       **Account Type:** INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 12/24/20 | Dividend | **VANGUARD INDEX TR VANGUARD TOTAL STK MKT ADMIRAL ADMIRAL SHS RECORD 12/22/20 PAY 12/24/20 DIVIDEND RATE    0.378100000 | VTSAX | | 77.56 |
| 12/28/20 | Dividend | VANECK VECTORS ETF TR SEMICONDUCTOR ETF CASH DIV  ON     15 SHS REC 12/22/20 PAY 12/28/20 NON-QUALIFIED DIVIDEND | SMH | | 22.53 |
| 12/28/20 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$212.30** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$212.30** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 12/29/20 | Transfer | ACH WITHDRAWL REFID:10328764906; | 2,250.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$2,250.00** | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 12/01/20 | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL REINVEST PRICE $ 11.64 | VBTLX | Reinvest | 1.616 | | 18.81 | |
| 12/23/20 | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL REINVEST PRICE $ 11.61 | VBTLX | Reinvest | 0.237 | | 2.75 | |
| 12/23/20 | **VANGUARD BOND INDEX FD INC TOTAL BD MARKET IDX FDADMIRAL REINVEST PRICE $ 11.61 | VBTLX | Reinvest | 0.677 | | 7.86 | |
| 12/24/20 | **VANGUARD INDEX TR VANGUARD TOTAL STK MKT ADMIRAL ADMIRAL SHS REINVEST PRICE $ 93.66 | VTSAX | Reinvest | 0.828 | | 77.56 | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$106.98** | |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 9 OF  10

234

  

E*TRADE Securities
Investment Account

| Account Number: ▮▮4888 | Statement Period : December 1, 2020 - December 31, 2020 | Account Type: INDIVIDUAL |
| --- | --- | --- |

**OTHER ACTIVITY (Continued)**

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **NET OTHER ACTIVITY** | | | | | | **$106.98** | |

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY** ( **0.0100**% APY/**0.0100**%APY Earned as of 12/31/20)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
| --- | --- | --- | --- |
| **12/01/20** | | **OPENING BALANCE** | **$77.14** |
| 12/01/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 44.22 |
| 12/18/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 12.19 |
| 12/21/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 5,000.00 |
| 12/22/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 12.42 |
| 12/23/20 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 8.00 |
| 12/24/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -548.67 |
| 12/28/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,021.90 |
| 12/30/20 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,250.00 |
| **12/31/20** | | **CLOSING BALANCE** | **$333.40** |

E*TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

Complaint 51

Exhibit 15

# Exhibit 16
This page intentionaly left blank.

 Gmail

David Ollodart < ▓▓▓▓▓▓▓▓▓▓▓ >

## Writing to encourage you to apply to an Intel job requisition

2 messages

**Diana, Dan** < ▓▓▓▓▓▓▓▓▓▓ >                                    Fri, Sep 27, 2019 at 11:38 AM
To: "davidollodart@gmail.com" < ▓▓▓▓▓▓▓ >

Hi David,

My name is Dan Diana and I was on the University of Illinois campus last week representing Intel's hiring efforts for
the Logic Technology Development group in Hillsboro, Oregon.

You and  I met and discussed your resume and interest. We've done an assessment of your resume versus our skills
and would like to encourage you to apply to the requisition below:

 https://jobs.intel.com/ShowJob/Id/2166098/D1-Manufacturing-Integration-Engineer/

Once you have applied, we will begin the next steps of the hiring process which begins with a phonescreen interview.

If you have questions or clarifications, please do not hesitate to contact me via email.

Best,

Dan Diana

Process Integration Group Leader

**David Ollodart** < ▓▓▓▓▓▓▓▓▓▓ >                                Mon, Sep 30, 2019 at 8:05 AM
To: "Diana, Dan" < ▓▓▓▓▓▓▓▓ >

Hello Dan,

I've submitted an application for the position with an updated resume highlighting my experience and skills relevant to
the points in the job description. Thank you for considering me for this position and I look forward to the phone screen
interview.

Best,

David Ollodart
[Quoted text hidden]

1/1/21, 11:38 AM

Complaint 53                                                        Exhibit 16

# Exhibit 17
This page intentionaly left blank.

240

The problems I encountered which caused me to leave the group are as follows:

- The use of an overcomplicated microkinetic model, which overfit diffusion profiles having exponential shape, a 2-parameter function, with 10 parameters. Outside of limited ranges of temperatures and pressures, the models predict (by my calculations) unphysical phenomena such as degenerate doping of ZnO (free electron concentrations approaching $10^{23}$ per cubic centimeter). A simpler 2-parameter model is in use already with the SOFC community.

- The borrowing of an argument used in silicon for foreign impurity diffusion under a chemical gradient as applied to isotope diffusion in chemical equilibrium seems incorrect from the following source: "For quasiequilibrium diffusion under intrinsic doping conditions, it is not necessary to know the details of the point-defect reactions involved in order to model diffusion adequately. This is also the case for quasiequilibrium diffusion under extrinsic conditions... conversely, diffusion studies performed under quasiequilibrium conditions do not provide information on the diffusion mechanisms involved"[1].

- An unwillingness to critically analyze the scientific foundation. Relevant to these points is the following quote from the annual review: "Sometimes ruminates too much about straightforward technical matters, which can cause him to get stuck". What was referred to as straightforward was the line fitting which calculates the phenomenological parameters we use, and I demonstrated that depending on the data points selected the parameters varied significantly (on the same order as the overall magnitude change on the temperature interval tested).

- A poor temperature control sample mount. I could not design and create experimental apparatus for reliable temperature control, a necessary innovation given the reported temperature inhomogeneities by my predecessor Ming Li and his inability to reproduce results obtained by Prashun Gorai[2]. The current laboratory use of a design originally for direct resistive heating of low melting point and fragile doped semiconductors has demonstrated problems with temperature control for indirect heating of undoped high melting point metal oxides. This was a problem since the beginning of laboratory work, and though progress was made I ultimately concluded that a new heater design (which would be costly and time intensive to develop) would be required to obtain reliable temperature control, and Prof. Seebauer expressed no interest in investing in the experimental apparatus. A relevant quote comes from a paper from the group of Christoff Woell, a highly cited metal oxide surface scientests: "We would like to point out that generally reliable temperature measurements, e.g., needed for the determination of binding energies by TDS, is a formidable task in case of metal oxides and an in-situ calibration of the temperature is absolutely necessary"[3].

- A review of literature shows that the thesis objectives are in part redundant. There is a thesis, one of a set in related studies undertaken in Germany in the late 1970s through early 1980s, produced by Hallwig with the title (translated from German): "Exact determination of the oxygen diffusion coefficient in zinc oxide by secondary ion mass spectrometry as a function of evaporation", where by evaporation it is meant that there is modeled a moving boundary during diffusion studies due to surface evaporation. Though some of the investigations may be novel, such as controlling oxygen diffusion by manipulating surface adsorbate coverage, the main task of the work, determining tracer diffusion coefficients of oxygen in zinc oxide, has been done.

When these questions were raised to the advisors, they were not pertinently answered.
I recently asked the question, how could the results I obtain be wrong? I considered the following:

- The only observable is the diffusion profile of isotope–electrical properties, which are the relevant control variables, are not measured.

- There is a non-unique connection to too many, by degrees of freedom analysis, theoretical parameters.

- The literature seems to tolerate unresolved contradictions, not just between computation and experiment, but between experiments. For example, Ming Li assumes zinc interstitial is the majority defect giving $n$-type conductivity[4], in agreement with some thermogravimetric studies, but acknowldges that oxygen vacancies are taken as dopant species responsible for $n$-type conductivity by other investigators.

1

241

- The evidence cited is often ambiguous. In a patent filed one finds the following quote:"The yellowish tinge of ZnO crystals before or after annealing may be attributed to oxygen vacancies. The more saturated the yellowish hue, the larger the concentration of VO. The loss of the yellowish tinge upon annealing can be directly related to the annihilation of oxygen vacancies via adsorption of molecular oxygen followed by dissociation and injection of Oi"[?]. Yet it is not universally accepted that the color is due to oxygen vacancies, some arguing that it is reversible thermally induced shift of the band gap[5]. Though more recent papers have demonstrated that defect transitions are responsible for these colors, they do not assert the identity, and furthermore one finds: "Thomas[14] has argued that there is a possibility that the color of single crystal ZnO might have its origins in band tailing. The results in Fig. 1 clearly indicate that definite absorption bands exist in the visible range and that the color is not a direct consequence of band tailing. It has also been proposed previously that heating a ZnO single crystal in air at high temperatures results in defects that enhance the color of the sample. This indicates that the color is related to oxygen vacancies" [6]. Yet if yellow tinge is related to oxygen vacancies, and under high temperatures and oxygen partial pressures of $10^{-7}$ torr oxygen interstitials are the dominant defect, then why would oxygen vacancies evolve under high temperatures and oxygen partial pressures of 760 torr (for which the oxygen chemical potential is approximately $10k_B T$ greater)? Something may be said about kinetic limitations or surface cleanliness, but if oxygen vacancies are created there must be transport of oxygen, and so kinetic limitations to attaining an equilibrium cannot be responsible.

- The *ad hoc* analysis is borrowed from different fields (semiconductor physics, surface science, catalysis) and the resulting models are unwieldy, by which I mean I could not use them to obtain physically significant results.

- What one might think of as acid tests are not valid. The sign of the entropy of formation of a point defect does not have to be positive[7], the entropy of formation can be many multiples of the Boltzmann constant[4], and thermally activated diffusion in metal oxides may take place at room temperature (Jeong, to be published).

After these considerations, I concluded that I could not tell if results were wrong. Results which are not falsifiable are not scientific results. As such, I found no scientific merit in the project, and refused to proceed on it unchanged. When it was stated as necessary that the edifice of prior students' work not be challenged for the completion of the thesis, I could not proceed, and this is what brings me to an application to your group.

# References

[1] Paul Martin Fahey, PB Griffin, and JD Plummer. Point defects and dopant diffusion in silicon. *Reviews of modern physics*, 61(2):289, 1989.

[2] Ming Li. *Surface-mediated mechanisms for defect engineering in zinc oxide.* PhD thesis, University of Illinois at Urbana-Champaign, 2016.

[3] Th Becker, M Kunat, Ch Boas, U Burghaus, and Ch Wöll. Adsorption dynamics of co on the polar surfaces of zno. *The Journal of Chemical Physics*, 113(15):6334–6343, 2000.

[4] Ming Li and Edmund G Seebauer. Microkinetic model for oxygen interstitial injection from the zno (0001) surface into the bulk. *The Journal of Physical Chemistry C*, 122(4):2127–2136, 2018.

[5] CK Coogan and ALG Rees. The nature of the thermal color change in zinc oxide. *The Journal of Chemical Physics*, 20(10):1650–1651, 1952.

[6] V Srikant and D R. Clarke. On the optical band gap of zinc oxide. *Journal of Applied Physics*, 83(10):5447–5451, 1998.

[7] Heonjae Jeong, Edmund G Seebauer, and Elif Ertekin. First-principles description of oxygen self-diffusion in rutile tio 2: assessment of uncertainties due to enthalpy and entropy contributions. *Physical Chemistry Chemical Physics*, 20(25):17448–17457, 2018.

Complaint 56

Exhibit 17

REMOVAL EXHIBIT 2
Page 58 of 95

# Exhibit 18
This page intentionaly left blank.

244

Intel Corporation 2200 Mission College Blvd Santa Clara, CA 95054 +1 408-765-8080 Oregon Business Identification Number 231120-6 Pay Rate Type Salaried

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | [redacted] | 01/01/2020 | 01/15/2020 | 01/15/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,075.78 | 0.00 | 931.13 | 0.00 | 2,144.65 |
| YTD | 3,075.78 | 0.00 | 931.13 | 0.00 | 2,144.65 |

**Hours and Earnings**

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Exempt Shift Differential Pa | 01/06/2020-01/15/2020 | 0 | 0 | 424.25 | 424.25 |
| Base Wages for Salary Pay | 01/06/2020-01/15/2020 | 0 | 0 | 2,651.53 | 2,651.53 |
| Hours and Earnings | | | | 3,075.78 | 3,075.78 |

**Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 191.22 | 191.22 |
| Medicare | 44.72 | 44.72 |
| Federal Withholding | 466.42 | 466.42 |
| State Tax - OR | 225.00 | 225.00 |
| OR WBF - ORWBF | 0.69 | 0.69 |
| Oregon Statewide Transit Tax - C | 3.08 | 3.08 |
| Taxes | 931.13 | 931.13 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,084.24 | 3,084.24 |
| Medicare - Taxable Wages | 3,084.24 | 3,084.24 |
| Federal Withholding - Taxable Wages | 3,084.24 | 3,084.24 |
| State Tax Taxable Wages - OR | 3,084.24 | 3,084.24 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 2,144.65 | USD |

245

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type   Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 01/16/2020 | 01/31/2020 | 01/31/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|-----------------------|--|-------|----------------------|--|---------|
| Current | 4,229.18 | 211.46 | | 1,315.97 | 0.00 | | 2,701.75 |
| YTD | 7,304.96 | 211.46 | | 2,247.10 | 0.00 | | 4,846.40 |

| Hours and Earnings | | | | | |
|--------------------|--|--|--|--|--|

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Exempt Shift Differential Pa | 01/16/2020-01/31/2020 | 0 | 0 | 583.34 | 1,007.59 |
| Base Wages for Salary Pay | 01/16/2020-01/31/2020 | 0 | 0 | 3,645.84 | 6,297.37 |
| Hours and Earnings | | | | 4,229.18 | 7,304.96 |

| Taxes | | |
|-------|--|--|

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 262.93 | 454.15 |
| Medicare | 61.49 | 106.21 |
| Federal Withholding | 679.57 | 1,145.99 |
| State Tax - OR | 307.00 | 532.00 |
| OR WBF - ORWBF | 0.95 | 1.64 |
| Oregon Statewide Transit Tax - C | 4.03 | 7.11 |
| Taxes | 1,315.97 | 2,247.10 |

| Before-Tax Deductions | | |
|-----------------------|--|--|

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Deduction | 211.46 | 211.46 |
| Before-Tax Deductions | 211.46 | 211.46 |

| Employer Paid | | |
|---------------|--|--|

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Employer Match | 211.46 | 211.46 |
| Basic Life II | 3.18 | 3.18 |
| Long Term Disability II | 8.46 | 8.46 |
| Employer Paid | 223.10 | 223.10 |

| Taxable Wages | | |
|---------------|--|--|

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 4,240.82 | 7,325.06 |
| Medicare - Taxable Wages | 4,240.82 | 7,325.06 |
| Federal Withholding - Taxable Wages | 4,029.36 | 7,113.60 |
| State Tax Taxable Wages - OR | 4,029.36 | 7,113.60 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|------|--------------|----------------|------------|----------------|--|
| | | | | 2,701.75 | USD |

246

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|-----------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 02/01/2020 | 02/15/2020 | 02/14/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|----------------------|--|-------|---------------------|--|---------|
| Current | 4,229.18 | 234.19 | | 1,306.77 | 0.00 | | 2,688.22 |
| YTD | 11,534.14 | 445.65 | | 3,553.87 | 0.00 | | 7,534.62 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|

| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
|-------------|-------|-------|------|--------|-----|-------------|--------|-----|
| Exempt Shift Differential Pa | 02/01/2020-02/15/2020 | 0 | 0 | 583.34 | 1,590.93 | OASDI | 261.53 | 715.68 |
| Base Wages for Salary Pay | 02/01/2020-02/15/2020 | 0 | 0 | 3,645.84 | 9,943.21 | Medicare | 61.17 | 167.38 |
| | | | | | | Federal Withholding | 674.11 | 1,820.10 |
| | | | | | | State Tax - OR | 305.00 | 837.00 |
| | | | | | | OR WBF - ORWBF | 0.95 | 2.59 |
| | | | | | | Oregon Statewide Transit Tax - C | 4.01 | 11.12 |
| Hours and Earnings | | | | 4,229.18 | 11,534.14 | Taxes | 1,306.77 | 3,553.87 |

| Before-Tax Deductions | | |
|-----------------------|--|--|

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Deduction | 211.46 | 422.92 |
| Health Savings Account - Fidelity Plan | 22.73 | 22.73 |
| Before-Tax Deductions | 234.19 | 445.65 |

| Employer Paid | | | | Taxable Wages | | |
|---------------|--|--|--|---------------|--|--|

| Description | Amount | YTD | Description | Amount | YTD |
|-------------|--------|-----|-------------|--------|-----|
| 401K Employer Match | 211.46 | 422.92 | OASDI - Taxable Wages | 4,218.09 | 11,543.15 |
| Basic Life II | 3.18 | 6.36 | Medicare - Taxable Wages | 4,218.09 | 11,543.15 |
| Long Term Disability II | 8.46 | 16.92 | Federal Withholding - Taxable Wages | 4,006.63 | 11,120.23 |
| | | | State Tax Taxable Wages - OR | 4,006.63 | 11,120.23 |
| Employer Paid | 223.10 | 446.20 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---------------------|--|--|--|--|

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|------|--------------|----------------|------------|----------------|--|
| ▮ | ▮ | ▮ | | 2,688.22 | USD |

247

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | 02/16/2020 | 02/29/2020 | 02/28/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|-----------|----------------------|-------|----------------------|---------|
| Current | 4,229.18 | 234.19 | 1,306.75 | 422.92 | 2,265.32 |
| YTD | 15,763.32 | 679.84 | 4,860.62 | 422.92 | 9,799.94 |

### Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Exempt Shift Differential Pa | 02/16/2020-02/29/2020 | 0 | 0 | 583.34 | 2,174.27 |
| Base Wages for Salary Pay | 02/16/2020-02/29/2020 | 0 | 0 | 3,645.84 | 13,589.05 |
| Hours and Earnings | | | | 4,229.18 | 15,763.32 |

### Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 261.52 | 977.20 |
| Medicare | 61.16 | 228.54 |
| Federal Withholding | 674.11 | 2,494.21 |
| State Tax - OR | 305.00 | 1,142.00 |
| OR WBF - ORWBF | 0.95 | 3.54 |
| Oregon Statewide Transit Tax - C | 4.01 | 15.13 |
| Taxes | 1,306.75 | 4,860.62 |

### Before-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Deduction | 211.46 | 634.38 |
| Health Savings Account - Fidelity Plan | 22.73 | 45.46 |
| Before-Tax Deductions | 234.19 | 679.84 |

### After-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Employee Stock Purchase Plan | 422.92 | 422.92 |
| After-Tax Deductions | 422.92 | 422.92 |

### Employer Paid

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Employer Match | 211.46 | 634.38 |
| Basic Life II | 3.18 | 9.54 |
| Long Term Disability II | 8.46 | 25.38 |
| Employer Paid | 223.10 | 669.30 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 4,218.09 | 15,761.24 |
| Medicare - Taxable Wages | 4,218.09 | 15,761.54 |
| Federal Withholding - Taxable Wages | 4,006.63 | 15,126.86 |
| State Tax Taxable Wages - OR | 4,006.63 | 15,126.86 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|------|--------------|----------------|------------|----------------|---|
| | | | | 2,265.32 | USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 63 of 95

248

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number  231120-6   Pay Rate Type  Salaried

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | 03/01/2020 | 03/15/2020 | 03/13/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,229.18 | 234.19 | 1,306.75 | 422.92 | 2,265.32 |
| YTD | 20,089.30 | 914.03 | 6,204.17 | 905.84 | 12,065.26 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 03/01/2020-03/15/2020 | 0 | 0 | 583.34 | 2,757.61 | OASDI | 261.52 | 1,244.72 |
| Cash Card Award Add to Co | | | | | 96.80 | Medicare | 61.16 | 291.10 |
| Base Wages for Salary Pay | 03/01/2020-03/15/2020 | 0 | 0 | 3,645.84 | 17,234.89 | Federal Withholding | 674.11 | 3,189.62 |
| | | | | | | State Tax - OR | 305.00 | 1,455.00 |
| | | | | | | OR WBF - ORWBF | 0.95 | 4.49 |
| | | | | | | Oregon Statewide Transit Tax - C | 4.01 | 19.24 |
| Hours and Earnings | | | | 4,229.18 | 20,089.30 | Taxes | 1,306.75 | 6,204.17 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 211.46 | 845.84 | Cash Card Award Offset | | 60.00 |
| Health Savings Account - Fidelity Plan | 22.73 | 68.19 | Employee Stock Purchase Plan | 422.92 | 845.84 |
| Before-Tax Deductions | 234.19 | 914.03 | After-Tax Deductions | 422.92 | 905.84 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 845.84 | OASDI - Taxable Wages | 4,218.09 | 20,076.13 |
| Basic Life II | 3.18 | 12.72 | Medicare - Taxable Wages | 4,218.09 | 20,076.13 |
| Long Term Disability II | 8.46 | 33.84 | Federal Withholding - Taxable Wages | 4,006.63 | 19,230.29 |
| | | | State Tax Taxable Wages - OR | 4,006.63 | 19,230.29 |
| Employer Paid | 223.10 | 892.40 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| | | | | 2,265.32   USD |

249

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 03/01/2020 | 03/15/2020 | 03/06/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 96.80 | 0.00 | | 36.80 | 60.00 | | 0.00 |
| YTD | 15,860.12 | 679.84 | | 4,897.42 | 482.92 | | 9,799.94 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 2,174.27 | OASDI | 6.00 | 983.20 |
| Cash Card Award Add to C | 03/01/2020-03/15/2020 | 0 | 0 | 96.80 | 96.80 | Medicare | 1.40 | 229.94 |
| Base Wages for Salary Pay | | | | | 13,589.05 | Federal Withholding | 21.30 | 2,515.51 |
| | | | | | | State Tax - OR | 8.00 | 1,150.00 |
| | | | | | | OR WBF - ORWBF | | 3.54 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.10 | 15.23 |
| Hours and Earnings | | | | 96.80 | 15,860.12 | Taxes | 36.80 | 4,897.42 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 634.38 | Cash Card Award Offset | 60.00 | 60.00 |
| Health Savings Account - Fidelity Plan | | 45.46 | Employee Stock Purchase Plan | | 422.92 |
| Before-Tax Deductions | 0.00 | 679.84 | After-Tax Deductions | 60.00 | 482.92 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 634.38 | OASDI - Taxable Wages | 96.80 | 15,858.04 |
| Basic Life II | | 9.54 | Medicare - Taxable Wages | 96.80 | 15,858.04 |
| Long Term Disability II | | 25.38 | Federal Withholding - Taxable Wages | 96.80 | 15,223.66 |
| | | | State Tax Taxable Wages - OR | 96.80 | 15,223.66 |
| Employer Paid | 0.00 | 669.30 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 0.00  USD |

Complaint 63

Exhibit 18
REMOVAL EXHIBIT 2
Page 65 of 95

250

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number  231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 03/16/2020 | 03/31/2020 | 03/31/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 4,229.18 | 234.19 | | 1,306.75 | 422.92 | | 2,265.32 |
| YTD | 25,952.65 | 1,148.22 | | 8,128.09 | 1,328.76 | | 15,347.58 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 03/16/2020-03/31/2020 | 0 | 0 | 583.34 | 3,340.95 | OASDI | 261.52 | 1,607.56 |
| Relocation Gross Up | | | | | 1,634.17 | Medicare | 61.16 | 375.96 |
| Cash Card Award Add to Co | | | | | 96.80 | Federal Withholding | 674.11 | 4,223.25 |
| Base Wages for Salary Pay | 03/16/2020-03/31/2020 | 0 | 0 | 3,645.84 | 20,880.73 | State Tax - OR | 305.00 | 1,891.00 |
| | | | | | | OR WBF - ORWBF | 0.95 | 5.44 |
| | | | | | | Oregon Statewide Transit Tax - O | 4.01 | 24.88 |
| Hours and Earnings | | | | 4,229.18 | 25,952.65 | Taxes | 1,306.75 | 8,128.09 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 211.46 | 1,057.30 | Cash Card Award Offset | | 60.00 |
| Health Savings Account - Fidelity Plan | 22.73 | 90.92 | Employee Stock Purchase Plan | 422.92 | 1,268.76 |
| Before-Tax Deductions | 234.19 | 1,148.22 | After-Tax Deductions | 422.92 | 1,328.76 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 1,057.30 | OASDI - Taxable Wages | 4,218.09 | 25,928.39 |
| Basic Life II | 3.18 | 15.90 | Medicare - Taxable Wages | 4,218.09 | 25,928.39 |
| Long Term Disability II | 8.46 | 42.30 | Federal Withholding - Taxable Wages | 4,006.63 | 24,871.09 |
| | | | State Tax Taxable Wages - OR | 4,006.63 | 24,871.09 |
| Employer Paid | 223.10 | 1,115.50 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 2,265.32   USD |

Complaint 64

Exhibit 18

251

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 03/16/2020 | 03/31/2020 | 03/27/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|--|-----------|-----------------------|-------|----------------------|---------|
| Current | 1,634.17 | 0.00 | 617.17 | 0.00 | 1,017.00 |
| YTD | 21,723.47 | 914.03 | 6,821.34 | 905.84 | 13,082.26 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|---|---|---|---|---|-------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 2,757.61 | OASDI | 101.32 | 1,346.04 |
| Relocation Gross Up | 03/16/2020-03/31/2020 | 0 | 0 | 1,634.17 | 1,634.17 | Medicare | 23.70 | 314.80 |
| Cash Card Award Add to Co | | | | | 96.80 | Federal Withholding | 359.52 | 3,549.14 |
| Base Wages for Salary Pay | | | | | 17,234.89 | State Tax - OR | 131.00 | 1,586.00 |
| | | | | | | OR WBF - ORWBF | | 4.49 |
| | | | | | | Oregon Statewide Transit Tax - C | 1.63 | 20.87 |
| Hours and Earnings | | | | 1,634.17 | 21,723.47 | Taxes | 617.17 | 6,821.34 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|---|---|----------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 845.84 | Cash Card Award Offset | | 60.00 |
| Health Savings Account - Fidelity Plan | | 68.19 | Employee Stock Purchase Plan | | 845.84 |
| Before-Tax Deductions | 0.00 | 914.03 | After-Tax Deductions | 0.00 | 905.84 |

| Employer Paid | | | Taxable Wages | | |
|---------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 845.84 | OASDI - Taxable Wages | 1,634.17 | 21,710.30 |
| Basic Life II | | 12.72 | Medicare - Taxable Wages | 1,634.17 | 21,710.30 |
| Long Term Disability II | | 33.84 | Federal Withholding - Taxable Wages | 1,634.17 | 20,864.46 |
| | | | State Tax Taxable Wages - OR | 1,634.17 | 20,864.46 |
| Employer Paid | 0.00 | 892.40 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 1,017.00 | USD |

Complaint 65

Exhibit 18
REMOVAL EXHIBIT 2
Page 67 of 95

252

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 04/01/2020 | 04/15/2020 | 04/15/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|--|-----------|----------------------|-------|----------------------|---------|
| Current | 4,229.18 | 234.19 | 1,306.75 | 422.92 | 2,265.32 |
| YTD | 30,181.83 | 1,382.41 | 9,434.84 | 1,751.68 | 17,612.90 |

### Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Exempt Shift Differential Pa | 04/01/2020-04/15/2020 | 0 | 0 | 583.34 | 3,924.29 |
| Relocation Gross Up | | | | | 1,634.17 |
| Cash Card Award Add to Co | | | | | 96.80 |
| Base Wages for Salary Pay | 04/01/2020-04/15/2020 | 0 | 0 | 3,645.84 | 24,526.57 |
| **Hours and Earnings** | | | | **4,229.18** | **30,181.83** |

### Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 261.52 | 1,869.08 |
| Medicare | 61.16 | 437.12 |
| Federal Withholding | 674.11 | 4,897.36 |
| State Tax - OR | 305.00 | 2,196.00 |
| OR WBF - ORWBF | 0.95 | 6.39 |
| Oregon Statewide Transit Tax - C | 4.01 | 28.89 |
| **Taxes** | **1,306.75** | **9,434.84** |

### Before-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Deduction | 211.46 | 1,268.76 |
| Health Savings Account - Fidelity Plan | 22.73 | 113.65 |
| **Before-Tax Deductions** | **234.19** | **1,382.41** |

### After-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Cash Card Award Offset | | 60.00 |
| Employee Stock Purchase Plan | 422.92 | 1,691.68 |
| **After-Tax Deductions** | **422.92** | **1,751.68** |

### Employer Paid

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Employer Match | 211.46 | 1,268.76 |
| Basic Life II | 3.18 | 19.08 |
| Long Term Disability II | 8.46 | 50.76 |
| **Employer Paid** | **223.10** | **1,338.60** |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 4,218.09 | 30,146.48 |
| Medicare - Taxable Wages | 4,218.09 | 30,146.48 |
| Federal Withholding - Taxable Wages | 4,006.63 | 28,877.72 |
| State Tax Taxable Wages - OR | 4,006.63 | 28,877.72 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|------|--------------|----------------|------------|----------------|--|
| | | | | 2,265.32 | USD |

Complaint 66

Exhibit 18

REMOVAL EXHIBIT 2

Page 68 of 95

253

Intel Corporation  2200 Mission College Blvd  Santa Clara, CA 95054   +1 408-765-8080  Oregon Business Identification Number 231120-6  Pay Rate Type  Salaried

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | | 04/16/2020 | 04/30/2020 | 04/30/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|--|-----------|----------------------|-------|---------------------|---------|
| Current | 4,229.18 | 318.78 | 1,279.36 | 422.92 | 2,208.12 |
| YTD | 34,450.87 | 1,701.19 | 10,729.06 | 2,199.60 | 19,821.02 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 04/16/2020-04/30/2020 | 0 | 0 | 583.34 | 4,507.63 | OASDI | 261.52 | 2,133.07 |
| Relocation Gross Up | | | | | 1,634.17 | Medicare | 61.16 | 498.86 |
| Cash Card Award Add to C | | | | | 136.66 | Federal Withholding | 653.81 | 5,559.94 |
| Base Wages for Salary Pay | 04/16/2020-04/30/2020 | 0 | 0 | 3,645.84 | 28,172.41 | State Tax - OR | 298.00 | 2,497.00 |
| | | | | | | OR WBF - ORWBF | 0.95 | 7.34 |
| | | | | | | Oregon Statewide Transit Tax - C | 3.92 | 32.85 |
| Hours and Earnings | | | | 4,229.18 | 34,450.87 | Taxes | 1,279.36 | 10,729.06 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 296.05 | 1,564.81 | Cash Card Award Offset | | |
| Health Savings Account - Fidelity Plan | 22.73 | 136.38 | Employee Stock Purchase Plan | 422.92 | 2,114.60 |
| Before-Tax Deductions | 318.78 | 1,701.19 | After-Tax Deductions | 422.92 | 2,199.60 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 1,480.22 | OASDI - Taxable Wages | 4,218.09 | 34,404.43 |
| Basic Life II | 3.18 | 22.26 | Medicare - Taxable Wages | 4,218.09 | 34,404.43 |
| Long Term Disability II | 8.46 | 59.22 | Federal Withholding - Taxable Wages | 3,922.04 | 32,839.62 |
| | | | State Tax Taxable Wages - OR | 3,922.04 | 32,839.62 |
| Employer Paid | 223.10 | 1,561.70 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| | | | | 2,208.12    USD |

254

Intel Corporation    2200 Mission College Blvd    Santa Clara, CA 95054    +1 408-765-8080    Oregon Business Identification Number 231120-6    Pay Rate Type  Salaried

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | 04/16/2020 | 04/30/2020 | 04/21/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 39.86 | 0.00 | 14.86 | 25.00 | 0.00 |
| YTD | 30,221.69 | 1,382.41 | 9,449.70 | 1,776.68 | 17,612.90 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 3,924.29 | OASDI | 2.47 | 1,871.55 |
| Relocation Gross Up | | | | | 1,634.17 | Medicare | 0.58 | 437.70 |
| Cash Card Award Add to C | 04/16/2020-04/30/2020 | 0 | 0 | 39.86 | 136.66 | Federal Withholding | 8.77 | 4,906.13 |
| Base Wages for Salary Pay | | | | | 24,526.57 | State Tax - OR | 3.00 | 2,199.00 |
| | | | | | | OR WBF - ORWBF | | 6.39 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.04 | 28.93 |
| Hours and Earnings | | | | 39.86 | 30,221.69 | Taxes | 14.86 | 9,449.70 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 1,268.76 | Cash Card Award Offset | 25.00 | 85.00 |
| Health Savings Account - Fidelity Plan | | 113.65 | Employee Stock Purchase Plan | | 1,691.68 |
| Before-Tax Deductions | 0.00 | 1,382.41 | After-Tax Deductions | 25.00 | 1,776.68 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 1,268.76 | OASDI - Taxable Wages | 39.86 | 30,186.34 |
| Basic Life II | | 19.08 | Medicare - Taxable Wages | 39.86 | 30,186.34 |
| Long Term Disability II | | 50.76 | Federal Withholding - Taxable Wages | 39.86 | 28,917.58 |
| | | | State Tax Taxable Wages - OR | 39.86 | 28,917.58 |
| Employer Paid | 0.00 | 1,338.60 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 0.00 | USD |

255

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 05/01/2020 | 05/15/2020 | 05/15/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|--|-----------|----------------------|-------|---------------------|---------|
| Current | 4,229.18 | 318.78 | 1,279.36 | 422.92 | 2,208.12 |
| YTD | 41,102.57 | 2,140.32 | 12,886.54 | 2,873.21 | 23,202.50 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 05/01/2020-05/15/2020 | 0 | 0 | 583.34 | 5,090.97 | OASDI | 261.52 | 2,544.79 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 61.16 | 595.15 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 653.81 | 6,720.23 |
| Cash Card Award Add to Co | | | | | 152.33 | State Tax - OR | 298.00 | 2,979.00 |
| Base Wages for Salary Pay | 05/01/2020-05/15/2020 | 0 | 0 | 3,645.84 | 31,818.25 | OR WBF - ORWBF | 0.95 | 8.29 |
| | | | | | | Oregon Statewide Transit Tax - C | 3.92 | 39.08 |
| Hours and Earnings | | | | 4,229.18 | 41,102.57 | Taxes | 1,279.36 | 12,886.54 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 296.05 | 1,860.86 | Cash Card Award Offset | | 95.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | 422.92 | 2,778.21 |
| Health Savings Account - Fidelity Plan | 22.73 | 159.11 | | | |
| Before-Tax Deductions | 318.78 | 2,140.32 | After-Tax Deductions | 422.92 | 2,873.21 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 1,812.03 | OASDI - Taxable Wages | 4,218.09 | 41,045.04 |
| Basic Life II | 3.18 | 25.44 | Medicare - Taxable Wages | 4,218.09 | 41,045.04 |
| Long Term Disability II | 8.46 | 67.68 | Federal Withholding - Taxable Wages | 3,922.04 | 39,063.83 |
| | | | State Tax Taxable Wages - OR | 3,922.04 | 39,063.83 |
| Employer Paid | 223.10 | 1,905.15 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| | | | | 2,208.12   USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 71 of 95

256

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|---|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | | 05/01/2020 | 05/15/2020 | 04/28/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|-----------|----------------------|---|-------|----------------------|---|---------|
| Current | 2,406.85 | 120.35 | | 872.45 | 240.69 | | 1,173.36 |
| YTD | 36,857.72 | 1,821.54 | | 11,601.51 | 2,440.29 | | 20,994.38 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|---|---|---|---|---|-------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 4,507.63 | OASDI | 149.23 | 2,282.30 |
| Quarterly Performance Bon | 05/01/2020-05/15/2020 | 0 | 0 | 2,406.85 | 2,406.85 | Medicare | 34.90 | 533.76 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 503.03 | 6,062.97 |
| Cash Card Award Add to Co | | | | | 136.66 | State Tax - OR | 183.00 | 2,680.00 |
| Base Wages for Salary Pay | | | | | 28,172.41 | OR WBF - ORWBF | | 7.34 |
| | | | | | | Oregon Statewide Transit Tax - C | 2.29 | 35.14 |
| Hours and Earnings | | | | 2,406.85 | 36,857.72 | Taxes | 872.45 | 11,601.51 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|---|---|----------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 1,564.81 | Cash Card Award Offset | | 85.00 |
| 401K Bonus and Commission Deduction | 120.35 | 120.35 | Employee Stock Purchase Plan | 240.69 | 2,355.29 |
| Health Savings Account - Fidelity Plan | | 136.38 | | | |
| Before-Tax Deductions | 120.35 | 1,821.54 | After-Tax Deductions | 240.69 | 2,440.29 |

| Employer Paid | | | Taxable Wages | | |
|---------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 120.35 | 1,600.57 | OASDI - Taxable Wages | 2,406.85 | 36,811.28 |
| Basic Life II | | 22.26 | Medicare - Taxable Wages | 2,406.85 | 36,811.28 |
| Long Term Disability II | | 59.22 | Federal Withholding - Taxable Wages | 2,286.50 | 35,126.12 |
| | | | State Tax Taxable Wages - OR | 2,286.50 | 35,126.12 |
| Employer Paid | 120.35 | 1,682.05 | | | |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 1,173.36 USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 72 of 95

257

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 05/01/2020 | 05/15/2020 | 05/04/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|----------------------|--|-------|----------------------|--|---------|
| Current | 15.67 | 0.00 | | 5.67 | 10.00 | | 0.00 |
| YTD | 36,873.39 | 1,821.54 | | 11,607.18 | 2,450.29 | | 20,994.38 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 4,507.63 | OASDI | 0.97 | 2,283.27 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 0.23 | 533.99 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 3.45 | 6,066.42 |
| Cash Card Award Add to C | 05/01/2020-05/15/2020 | 0 | 0 | 15.67 | 152.33 | State Tax - OR | 1.00 | 2,681.00 |
| Base Wages for Salary Pay | | | | | 28,172.41 | OR WBF - ORWBF | | 7.34 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.02 | 35.16 |
| Hours and Earnings | | | | 15.67 | 36,873.39 | Taxes | 5.67 | 11,607.18 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 1,564.81 | Cash Card Award Offset | 10.00 | 95.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | | 2,355.29 |
| Health Savings Account - Fidelity Plan | | 136.38 | | | |
| Before-Tax Deductions | 0.00 | 1,821.54 | After-Tax Deductions | 10.00 | 2,450.29 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 1,600.57 | OASDI - Taxable Wages | 15.67 | 36,826.95 |
| Basic Life II | | 22.26 | Medicare - Taxable Wages | 15.67 | 36,826.95 |
| Long Term Disability II | | 59.22 | Federal Withholding - Taxable Wages | 15.67 | 35,141.79 |
| | | | State Tax Taxable Wages - OR | 15.67 | 35,141.79 |
| Employer Paid | 0.00 | 1,682.05 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | 0.00 | USD |

Exhibit 18

REMOVAL EXHIBIT 2
Page 73 of 95

258

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 05/16/2020 | 05/31/2020 | 05/29/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 4,229.18 | 318.78 | | 1,279.37 | 422.92 | | 2,208.11 |
| YTD | 45,331.75 | 2,459.10 | | 14,165.91 | 3,296.13 | | 25,410.61 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 05/16/2020-05/31/2020 | 0 | 0 | 583.34 | 5,674.31 | OASDI | 261.52 | 2,806.31 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 61.17 | 656.32 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 653.81 | 7,374.04 |
| Cash Card Award Add to Co | | | | | 152.33 | State Tax - OR | 298.00 | 3,277.00 |
| Base Wages for Salary Pay | 05/16/2020-05/31/2020 | 0 | 0 | 3,645.84 | 35,464.09 | OR WBF - ORWBF | 0.95 | 9.24 |
| | | | | | | Oregon Statewide Transit Tax - C | 3.92 | 43.00 |
| Hours and Earnings | | | | 4,229.18 | 45,331.75 | Taxes | 1,279.37 | 14,165.91 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 296.05 | 2,156.91 | Cash Card Award Offset | | 95.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | 422.92 | 3,201.13 |
| Health Savings Account - Fidelity Plan | 22.73 | 181.84 | | | |
| Before-Tax Deductions | 318.78 | 2,459.10 | After-Tax Deductions | 422.92 | 3,296.13 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 2,023.49 | OASDI - Taxable Wages | 4,218.09 | 45,263.13 |
| Basic Life II | 3.18 | 28.62 | Medicare - Taxable Wages | 4,218.09 | 45,263.13 |
| Long Term Disability II | 8.46 | 76.14 | Federal Withholding - Taxable Wages | 3,922.04 | 42,985.87 |
| | | | State Tax Taxable Wages - OR | 3,922.04 | 42,985.87 |
| Employer Paid | 223.10 | 2,128.25 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 2,208.11 | USD |

Complaint 72

Exhibit 18
REMOVAL EXHIBIT 2
Page 74 of 95

259

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 06/01/2020 | 06/15/2020 | 06/15/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 4,229.18 | 318.78 | | 1,279.36 | 422.92 | | 2,208.12 |
| YTD | 49,640.65 | 2,777.88 | | 15,474.99 | 3,769.05 | | 27,618.73 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 06/01/2020-06/15/2020 | 0 | 0 | 583.34 | 6,257.65 | OASDI | 261.52 | 3,072.78 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 61.16 | 718.63 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 653.81 | 8,045.39 |
| Cash Card Award Add to Co | | | | | 232.05 | State Tax - OR | 298.00 | 3,581.00 |
| Base Wages for Salary Pay | 06/01/2020-06/15/2020 | 0 | 0 | 3,645.84 | 39,109.93 | OR WBF - ORWBF | 0.95 | 10.19 |
| | | | | | | Oregon Statewide Transit Tax - C | 3.92 | 47.00 |
| Hours and Earnings | | | | 4,229.18 | 49,640.65 | Taxes | 1,279.36 | 15,474.99 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 296.05 | 2,452.96 | Cash Card Award Offset | | 145.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | 422.92 | 3,624.05 |
| Health Savings Account - Fidelity Plan | 22.73 | 204.57 | | | |
| Before-Tax Deductions | 318.78 | 2,777.88 | After-Tax Deductions | 422.92 | 3,769.05 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 211.46 | 2,234.95 | OASDI - Taxable Wages | 4,218.09 | 49,560.94 |
| Basic Life II | 3.18 | 31.80 | Medicare - Taxable Wages | 4,218.09 | 49,560.94 |
| Long Term Disability II | 8.46 | 84.60 | Federal Withholding - Taxable Wages | 3,922.04 | 46,987.63 |
| | | | State Tax Taxable Wages - OR | 3,922.04 | 46,987.63 |
| Employer Paid | 223.10 | 2,351.35 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| | | | | 2,208.12   USD |

260

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 06/01/2020 | 06/15/2020 | 06/02/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|-----------|----------------------|-------|---------------------|---------|
| Current | 79.72 | 0.00 | 29.72 | 50.00 | 0.00 |
| YTD | 45,411.47 | 2,459.10 | 14,195.63 | 3,346.13 | 25,410.61 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 5,674.31 | OASDI | 4.95 | 2,811.26 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 1.15 | 657.47 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 17.54 | 7,391.58 |
| Cash Card Award Add to C | 06/01/2020-06/15/2020 | 0 | 0 | 79.72 | 232.05 | State Tax - OR | 6.00 | 3,283.00 |
| Base Wages for Salary Pay | | | | | 35,464.09 | OR WBF - ORWBF | | 9.24 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.08 | 43.08 |
| Hours and Earnings | | | | 79.72 | 45,411.47 | Taxes | 29.72 | 14,195.63 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 2,156.91 | Cash Card Award Offset | 50.00 | 145.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | | 3,201.13 |
| Health Savings Account - Fidelity Plan | | 181.84 | | | |
| Before-Tax Deductions | 0.00 | 2,459.10 | After-Tax Deductions | 50.00 | 3,346.13 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 2,023.49 | OASDI - Taxable Wages | 79.72 | 45,342.85 |
| Basic Life II | | 28.62 | Medicare - Taxable Wages | 79.72 | 45,342.85 |
| Long Term Disability II | | 76.14 | Federal Withholding - Taxable Wages | 79.72 | 43,065.59 |
| | | | State Tax Taxable Wages - OR | 79.72 | 43,065.59 |
| Employer Paid | 0.00 | 2,128.25 | | | |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 0.00 | USD |

Complaint 74

Exhibit 18

REMOVAL EXHIBIT 2

Page 76 of 95

261

Intel Corporation    2200 Mission College Blvd    Santa Clara, CA 95054    +1 408-765-8080    Oregon Business Identification Number 231120-6    Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 06/16/2020 | 06/30/2020 | 06/30/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|-----------------------|--|-------|----------------------|--|---------|
| Current | 4,229.18 | 65.03 | | 1,362.53 | 422.92 | | 2,378.70 |
| YTD | 53,869.83 | 2,842.91 | | 16,837.52 | 4,191.97 | | 29,997.43 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 06/16/2020-06/30/2020 | 0 | 0 | 583.34 | 6,840.99 | OASDI | 261.52 | 3,334.30 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 61.17 | 779.80 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 714.71 | 8,760.10 |
| Cash Card Award Add to Co | | | | | 232.05 | State Tax - OR | 320.00 | 3,901.00 |
| Base Wages for Salary Pay | 06/16/2020-06/30/2020 | 0 | 0 | 3,645.84 | 42,755.77 | OR WBF - ORWBF | 0.95 | 11.14 |
| | | | | | | Oregon Statewide Transit Tax - C | 4.18 | 51.18 |
| Hours and Earnings | | | | 4,229.18 | 53,869.83 | Taxes | 1,362.53 | 16,837.52 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|----------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 42.30 | 2,495.26 | Cash Card Award Offset | | 145.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | 422.92 | 4,046.97 |
| Health Savings Account - Fidelity Plan | 22.73 | 227.30 | | | |
| Before-Tax Deductions | 65.03 | 2,842.91 | After-Tax Deductions | 422.92 | 4,191.97 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 84.60 | 2,319.55 | OASDI - Taxable Wages | 4,218.09 | 53,779.03 |
| Basic Life II | 3.18 | 34.98 | Medicare - Taxable Wages | 4,218.09 | 53,779.03 |
| Long Term Disability II | 8.46 | 93.06 | Federal Withholding - Taxable Wages | 4,175.79 | 51,163.42 |
| | | | State Tax Taxable Wages - OR | 4,175.79 | 51,163.42 |
| Employer Paid | 96.24 | 2,447.59 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 2,378.70    USD |

262

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | ▮ | 07/01/2020 | 07/15/2020 | 07/15/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|----------------------|--|-------|----------------------|--|---------|
| Current | 4,229.18 | 65.03 | | 1,362.52 | 422.92 | | 2,378.71 |
| YTD | 58,099.01 | 2,907.94 | | 18,200.04 | 4,614.89 | | 32,376.14 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 07/01/2020-07/15/2020 | 0 | 0 | 583.34 | 7,424.33 | OASDI | 261.52 | 3,595.82 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 61.16 | 840.96 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 714.71 | 9,474.81 |
| Cash Card Award Add to C | | | | | 232.05 | State Tax - OR | 320.00 | 4,221.00 |
| Base Wages for Salary Pay | 07/01/2020-07/15/2020 | 0 | 0 | 3,645.84 | 46,401.61 | OR WBF - ORWBF | 0.95 | 12.09 |
| | | | | | | Oregon Statewide Transit Tax - C | 4.18 | 55.36 |
| Hours and Earnings | | | | 4,229.18 | 58,099.01 | Taxes | 1,362.52 | 18,200.04 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|----------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 42.30 | 2,537.56 | Cash Card Award Offset | | 145.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | 422.92 | 4,469.89 |
| Health Savings Account - Fidelity Plan | 22.73 | 250.03 | | | |
| Before-Tax Deductions | 65.03 | 2,907.94 | After-Tax Deductions | 422.92 | 4,614.89 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 84.60 | 2,404.15 | OASDI - Taxable Wages | 4,218.09 | 57,997.12 |
| Basic Life II | 3.18 | 38.16 | Medicare - Taxable Wages | 4,218.09 | 57,997.12 |
| Long Term Disability II | 8.46 | 101.52 | Federal Withholding - Taxable Wages | 4,175.79 | 55,339.21 |
| | | | State Tax Taxable Wages - OR | 4,175.79 | 55,339.21 |
| Employer Paid | 96.24 | 2,543.83 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| ▮ | ▮ | | | 2,378.71 | USD |

263

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 07/16/2020 | 07/31/2020 | 07/31/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|-----------|----------------------|-------|---------------------|---------|
| Current | 4,229.18 | 65.03 | 1,362.53 | 422.92 | 2,378.70 |
| YTD | 64,775.81 | 2,996.26 | 20,478.59 | 5,345.62 | 35,955.34 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 07/16/2020-07/31/2020 | 0 | 0 | 583.34 | 8,007.67 | OASDI | 261.53 | 4,009.10 |
| Quarterly Performance Bon | | | | | 4,734.90 | Medicare | 61.16 | 937.61 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 714.71 | 10,722.88 |
| Cash Card Award Add to Co | | | | | 351.62 | State Tax - OR | 320.00 | 4,734.00 |
| Base Wages for Salary | 07/16/2020-07/31/2020 | 0 | 0 | 3,645.84 | 50,047.45 | OR WBF - ORWBF | 0.95 | 13.04 |
| | | | | | | Oregon Statewide Transit Tax - C | 4.18 | 61.96 |
| Hours and Earnings | | | | 4,229.18 | 64,775.81 | Taxes | 1,362.53 | 20,478.59 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|----------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 42.30 | 2,579.86 | Cash Card Award Offset | | 220.00 |
| 401K Bonus and Commission Deduction | | 143.64 | Employee Stock Purchase Plan | 422.92 | 5,125.62 |
| Health Savings Account - Fidelity Plan | 22.73 | 272.76 | | | |
| Before-Tax Deductions | 65.03 | 2,996.26 | After-Tax Deductions | 422.92 | 5,345.62 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 84.60 | 2,535.33 | OASDI - Taxable Wages | 4,218.09 | 64,662.83 |
| Basic Life II | 3.18 | 41.34 | Medicare - Taxable Wages | 4,218.09 | 64,662.83 |
| Long Term Disability II | 8.46 | 109.98 | Federal Withholding - Taxable Wages | 4,175.79 | 61,939.33 |
| | | | State Tax Taxable Wages - OR | 4,175.79 | 61,939.33 |
| Employer Paid | 96.24 | 2,686.65 | | | |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|--------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| | | | | 2,378.70   USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 79 of 95

264

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | | 07/16/2020 | 07/31/2020 | 07/21/2020 | |

| | Gross Pay | Before-Tax Deductions | | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|----------------------|--|--|-------|---------------------|--|---------|
| Current | 79.71 | 0.00 | | | 29.71 | 50.00 | | 0.00 |
| YTD | 58,178.72 | 2,907.94 | | | 18,229.75 | 4,664.89 | | 32,376.14 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 7,424.33 | OASDI | 4.94 | 3,600.76 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 1.15 | 842.11 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 17.54 | 9,492.35 |
| Cash Card Award Add to C | 07/16/2020-07/31/2020 | 0 | 0 | 79.71 | 311.76 | State Tax - OR | 6.00 | 4,227.00 |
| Base Wages for Salary Pay | | | | | 46,401.61 | OR WBF - ORWBF | | 12.09 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.08 | 55.44 |
| Hours and Earnings | | | | 79.71 | 58,178.72 | Taxes | 29.71 | 18,229.75 |

| Before-Tax Deductions | | | | After-Tax Deductions | | |
|-----------------------|--|--|--|----------------------|--|--|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401K Deduction | | 2,537.56 | | Cash Card Award Offset | 50.00 | 195.00 |
| 401K Bonus and Commission Deduction | | 120.35 | | Employee Stock Purchase Plan | | 4,469.89 |
| Health Savings Account - Fidelity Plan | | 250.03 | | | | |
| Before-Tax Deductions | 0.00 | 2,907.94 | | After-Tax Deductions | 50.00 | 4,664.89 |

| Employer Paid | | | | Taxable Wages | | |
|---------------|--|--|--|---------------|--|--|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401K Employer Match | | 2,404.15 | | OASDI - Taxable Wages | 79.71 | 58,076.83 |
| Basic Life II | | 38.16 | | Medicare - Taxable Wages | 79.71 | 58,076.83 |
| Long Term Disability II | | 101.52 | | Federal Withholding - Taxable Wages | 79.71 | 55,418.92 |
| | | | | State Tax Taxable Wages - OR | 79.71 | 55,418.92 |
| Employer Paid | 0.00 | 2,543.83 | | | | |

| | Federal | | State |
|--|---------|--|-------|
| Marital Status | Single | | Single |
| Allowances | 0 | | 0 |
| Additional Withholding | 0 | | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 0.00 | USD |

265

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 07/16/2020 | 07/31/2020 | 07/24/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|-----------|----------------------|-------|----------------------|---------|
| Current | 39.86 | 0.00 | 14.86 | 25.00 | 0.00 |
| YTD | 58,218.58 | 2,907.94 | 18,244.61 | 4,689.89 | 32,376.14 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 7,424.33 | OASDI | 2.47 | 3,603.23 |
| Quarterly Performance Bon | | | | | 2,406.85 | Medicare | 0.58 | 842.69 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 8.77 | 9,501.12 |
| Cash Card Award Add to C | 07/16/2020-07/31/2020 | 0 | 0 | 39.86 | 351.62 | State Tax - OR | 3.00 | 4,230.00 |
| Base Wages for Salary Pay | | | | | 46,401.61 | OR WBF - ORWBF | | 12.09 |
| | | | | | | Oregon Statewide Transit Tax - C | 0.04 | 55.48 |
| Hours and Earnings | | | | 39.86 | 58,218.58 | Taxes | 14.86 | 18,244.61 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 2,537.56 | Cash Card Award Offset | 25.00 | 220.00 |
| 401K Bonus and Commission Deduction | | 120.35 | Employee Stock Purchase Plan | | 4,469.89 |
| Health Savings Account - Fidelity Plan | | 250.03 | | | |
| Before-Tax Deductions | 0.00 | 2,907.94 | After-Tax Deductions | 25.00 | 4,689.89 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 2,404.15 | OASDI - Taxable Wages | 39.86 | 58,116.69 |
| Basic Life II | | 38.16 | Medicare - Taxable Wages | 39.86 | 58,116.69 |
| Long Term Disability II | | 101.52 | Federal Withholding - Taxable Wages | 39.86 | 55,458.78 |
| | | | State Tax Taxable Wages - OR | 39.86 | 55,458.78 |
| Employer Paid | 0.00 | 2,543.83 | | | |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 0.00 | USD |

Complaint 79

Exhibit 18

REMOVAL EXHIBIT 2
Page 81 of 95

266

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | 07/16/2020 | 07/31/2020 | 07/28/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,328.05 | 23.29 | 871.45 | 232.81 | 1,200.50 |
| YTD | 60,546.63 | 2,931.23 | 19,116.06 | 4,922.70 | 33,576.64 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 7,424.33 | OASDI | 144.34 | 3,747.57 |
| Quarterly Performance Bon | 07/16/2020-07/31/2020 | 0 | 0 | 2,328.05 | 4,734.90 | Medicare | 33.76 | 876.45 |
| Relocation Gross Up | | | | | 1,634.17 | Federal Withholding | 507.05 | 10,008.17 |
| Cash Card Award Add to C | | | | | 351.62 | State Tax - OR | 184.00 | 4,414.00 |
| Base Wages for Salary Pay | | | | | 46,401.61 | OR WBF - ORWBF | | 12.09 |
| | | | | | | Oregon Statewide Transit Tax - C | 2.30 | 57.78 |
| Hours and Earnings | | | | 2,328.05 | 60,546.63 | Taxes | 871.45 | 19,116.06 |

| Before-Tax Deductions | | | | After-Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401K Deduction | | 2,537.56 | | Cash Card Award Offset | | 220.00 |
| 401K Bonus and Commission Deduction | 23.29 | 143.64 | | Employee Stock Purchase Plan | 232.81 | 4,702.70 |
| Health Savings Account - Fidelity Plan | | 250.03 | | | | |
| Before-Tax Deductions | 23.29 | 2,931.23 | | After-Tax Deductions | 232.81 | 4,922.70 |

| Employer Paid | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401K Employer Match | 46.58 | 2,450.73 | | OASDI - Taxable Wages | 2,328.05 | 60,444.74 |
| Basic Life II | | 38.16 | | Medicare - Taxable Wages | 2,328.05 | 60,444.74 |
| Long Term Disability II | | 101.52 | | Federal Withholding - Taxable Wages | 2,304.76 | 57,763.54 |
| | | | | State Tax Taxable Wages - OR | 2,304.76 | 57,763.54 |
| Employer Paid | 46.58 | 2,590.41 | | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 1,200.50 | USD |

Complaint 80

Exhibit 18

267

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number  231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 08/01/2020 | 08/15/2020 | 08/14/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,729.18 | 65.03 | 1,555.41 | 422.92 | 2,685.82 |
| YTD | 69,504.99 | 3,061.29 | 22,034.00 | 5,768.54 | 38,641.16 |

### Hours and Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Exempt Shift Differential Pa | 08/01/2020-08/15/2020 | 0 | 0 | 583.34 | 8,591.01 |
| Factory Excellence Bonus E | 08/01/2020-08/15/2020 | 0 | 0 | 500.00 | 500.00 |
| Quarterly Performance Bon | | | | | 4,734.90 |
| Relocation Gross Up | | | | | 1,634.17 |
| Cash Card Award Add to Co | | | | | 351.62 |
| Base Wages for Salary Pay | 08/01/2020-08/15/2020 | 0 | 0 | 3,645.84 | 53,693.29 |
| Hours and Earnings | | | | 4,729.18 | 69,504.99 |

### Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.52 | 4,301.62 |
| Medicare | 68.41 | 1,006.02 |
| Federal Withholding | 824.85 | 11,547.73 |
| State Tax - OR | 364.00 | 5,098.00 |
| OR WBF - ORWBF | 0.95 | 13.99 |
| Oregon Statewide Transit Tax - C | 4.68 | 66.64 |
| Taxes | 1,555.41 | 22,034.00 |

### Before-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Deduction | 42.30 | 2,622.16 |
| 401K Bonus and Commission Deduction | | 143.64 |
| Health Savings Account - Fidelity Plan | 22.73 | 295.49 |
| Before-Tax Deductions | 65.03 | 3,061.29 |

### After-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Cash Card Award Offset | | 220.00 |
| Employee Stock Purchase Plan | 422.92 | 5,548.54 |
| After-Tax Deductions | 422.92 | 5,768.54 |

### Employer Paid

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | 84.60 | 2,619.93 |
| Basic Life II | 3.18 | 44.52 |
| Long Term Disability II | 8.46 | 118.44 |
| Employer Paid | 96.24 | 2,782.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,718.09 | 69,380.92 |
| Medicare - Taxable Wages | 4,718.09 | 69,380.92 |
| Federal Withholding - Taxable Wages | 4,675.79 | 66,615.12 |
| State Tax Taxable Wages - OR | 4,675.79 | 66,615.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| | | | | 2,685.82 | USD |

268

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 08/16/2020 | 08/31/2020 | 08/31/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 4,229.18 | 65.03 | | 1,362.53 | 422.92 | | 2,378.70 |
| YTD | 73,734.17 | 3,126.32 | | 23,396.53 | 6,191.46 | | 41,019.86 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 08/16/2020-08/31/2020 | 0 | 0 | 583.34 | 9,174.35 | OASDI | 261.52 | 4,563.14 |
| Factory Excellence Bonus E | | | | 500.00 | | Medicare | 61.17 | 1,067.19 |
| Quarterly Performance Bon | | | | 4,734.90 | | Federal Withholding | 714.71 | 12,262.44 |
| Relocation Gross Up | | | | 1,634.17 | | State Tax - OR | 320.00 | 5,418.00 |
| Cash Card Award Add to Co | | | | 351.62 | | OR WBF - ORWBF | 0.95 | 14.94 |
| Base Wages for Salary Pay | 08/16/2020-08/31/2020 | 0 | 0 | 3,645.84 | 57,339.13 | Oregon Statewide Transit Tax - C | 4.18 | 70.82 |
| Hours and Earnings | | | | 4,229.18 | 73,734.17 | Taxes | 1,362.53 | 23,396.53 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 42.30 | 2,664.46 | Cash Card Award Offset | | 220.00 |
| 401K Bonus and Commission Deduction | | 143.64 | Employee Stock Purchase Plan | 422.92 | 5,971.46 |
| Health Savings Account - Fidelity Plan | 22.73 | 318.22 | | | |
| Before-Tax Deductions | 65.03 | 3,126.32 | After-Tax Deductions | 422.92 | 6,191.46 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 84.60 | 2,704.53 | OASDI - Taxable Wages | 4,218.09 | 73,599.01 |
| Basic Life II | 3.18 | 47.70 | Medicare - Taxable Wages | 4,218.09 | 73,599.01 |
| Long Term Disability II | 8.46 | 126.90 | Federal Withholding - Taxable Wages | 4,175.79 | 70,790.91 |
| | | | State Tax Taxable Wages - OR | 4,175.79 | 70,790.91 |
| Employer Paid | 96.24 | 2,879.13 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 2,378.70    USD |

269

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number  231120-6

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 09/01/2020 | 09/15/2020 | 09/04/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | -11.28 | 11.28 |
| YTD | 73,734.17 | 3,126.32 | 23,396.53 | 6,180.18 | 41,031.14 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 9,174.35 | OASDI | 0.00 | 4,563.14 |
| Factory Excellence Bonus E | | | | | 500.00 | Medicare | 0.00 | 1,067.19 |
| Quarterly Performance Bon | | | | | 4,734.90 | Federal Withholding | | 12,262.44 |
| Relocation Gross Up | | | | | 1,634.17 | State Tax - OR | | 5,418.00 |
| Cash Card Award Add to Co | | | | | 351.62 | OR WBF - ORWBF | | 14.94 |
| Base Wages for Salary Pay | | | | | 57,339.13 | Oregon Statewide Transit Tax - C | | 70.82 |
| Hours and Earnings | | 0.00 | | | 73,734.17 | Taxes | 0.00 | 23,396.53 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 2,664.46 | Cash Card Award Offset | | 220.00 |
| 401K Bonus and Commission Deduction | | 143.64 | Employee Stock Purchase Plan Refund | -11.28 | -11.28 |
| Health Savings Account - Fidelity Plan | | 318.22 | Employee Stock Purchase Plan | | 5,971.46 |
| Before-Tax Deductions | 0.00 | 3,126.32 | After-Tax Deductions | -11.28 | 6,180.18 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 2,704.53 | OASDI - Taxable Wages | 0.00 | 73,599.01 |
| Basic Life II | | 47.70 | Medicare - Taxable Wages | 0.00 | 73,599.01 |
| Long Term Disability II | | 126.90 | Federal Withholding - Taxable Wages | 0.00 | 70,790.91 |
| | | | State Tax Taxable Wages - OR | 0.00 | 70,790.91 |
| Employer Paid | 0.00 | 2,879.13 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Payment Amount |
| | | | | | 11.28   USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 85 of 95

270

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number 231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| David Ollodart | Intel Corporation | | | 09/01/2020 | 09/15/2020 | 09/09/2020 | |

| | Gross Pay | Before-Tax Deductions | | Taxes | After-Tax Deductions | | Net Pay |
|--|-----------|-----------------------|--|-------|----------------------|--|---------|
| Current | 39.85 | 0.00 | | 14.85 | 25.00 | | 0.00 |
| YTD | 73,774.02 | 3,126.32 | | 23,411.38 | 6,205.18 | | 41,031.14 |

| Hours and Earnings | | | | | | Taxes | | |
|--------------------|--|--|--|--|--|-------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | | | | | 9,174.35 | OASDI | 2.47 | 4,565.61 |
| Factory Excellence Bonus E | | | | | 500.00 | Medicare | 0.57 | 1,067.76 |
| Quarterly Performance Bon | | | | | 4,734.90 | Federal Withholding | 8.77 | 12,271.21 |
| Relocation Gross Up | | | | | 1,634.17 | State Tax - OR | 3.00 | 5,421.00 |
| Cash Card Award Add to C | 09/01/2020-09/13/2020 | 0 | 0 | 39.85 | 391.47 | OR WBF - ORWBF | | 14.94 |
| Base Wages for Salary Pay | | | | | 57,339.13 | Oregon Statewide Transit Tax - C | 0.04 | 70.86 |
| Hours and Earnings | | 39.85 | | | 73,774.02 | Taxes | 14.85 | 23,411.38 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|-----------------------|--|--|----------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | | 2,664.46 | Cash Card Award Offset | 25.00 | 245.00 |
| 401K Bonus and Commission Deduction | | 143.64 | Employee Stock Purchase Plan Refund | | -11.28 |
| Health Savings Account - Fidelity Plan | | 318.22 | Employee Stock Purchase Plan | | 5,971.46 |
| Before-Tax Deductions | 0.00 | 3,126.32 | After-Tax Deductions | 25.00 | 6,205.18 |

| Employer Paid | | | Taxable Wages | | |
|---------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 2,704.53 | OASDI - Taxable Wages | 39.85 | 73,638.86 |
| Basic Life II | | 47.70 | Medicare - Taxable Wages | 39.85 | 73,638.86 |
| Long Term Disability II | | 126.90 | Federal Withholding - Taxable Wages | 39.85 | 70,830.76 |
| | | | State Tax Taxable Wages - OR | 39.85 | 70,830.76 |
| Employer Paid | 0.00 | 2,879.13 | | | |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 0.00 | USD |

271

Intel Corporation   2200 Mission College Blvd   Santa Clara, CA 95054   +1 408-765-8080   Oregon Business Identification Number  231120-6   Pay Rate Type  Salaried

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| David Ollodart | Intel Corporation | | | 09/01/2020 | 09/15/2020 | 09/10/2020 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,460.25 | 57.34 | 1,059.45 | 346.03 | 1,997.43 |
| YTD | 77,234.27 | 3,183.66 | 24,470.83 | 6,551.21 | 43,028.57 |

| Hours and Earnings | | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Exempt Shift Differential Pa | 09/01/2020-09/13/2020 | 0 | 0 | 477.28 | 9,651.63 | OASDI | 213.85 | 4,779.46 |
| Factory Excellence Bonus E | | | | | 500.00 | Medicare | 50.02 | 1,117.78 |
| Quarterly Performance Bon | | | | | 4,734.90 | Federal Withholding | 538.39 | 12,809.60 |
| Relocation Gross Up | | | | | 1,634.17 | State Tax - OR | 253.00 | 5,674.00 |
| Cash Card Award Add to Co | | | | | 391.47 | OR WBF - ORWBF | 0.78 | 15.72 |
| Base Wages for Salary Pay | 09/01/2020-09/13/2020 | 0 | 0 | 2,982.97 | 60,322.10 | Oregon Statewide Transit Tax - C | 3.41 | 74.27 |
| Hours and Earnings | | | | 3,460.25 | 77,234.27 | Taxes | 1,059.45 | 24,470.83 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Deduction | 34.61 | 2,699.07 | Cash Card Award Offset | | 245.00 |
| 401K Bonus and Commission Deduction | | 143.64 | Employee Stock Purchase Plan Refund | | -11.28 |
| Health Savings Account - Fidelity Plan | 22.73 | 340.95 | Employee Stock Purchase Plan | 346.03 | 6,317.49 |
| Before-Tax Deductions | 57.34 | 3,183.66 | After-Tax Deductions | 346.03 | 6,551.21 |

| Employer Paid | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 69.22 | 2,773.75 | OASDI - Taxable Wages | 3,449.16 | 77,088.02 |
| Basic Life II | 3.18 | 50.88 | Medicare - Taxable Wages | 3,449.16 | 77,088.02 |
| Long Term Disability II | 8.46 | 135.36 | Federal Withholding - Taxable Wages | 3,414.55 | 74,245.31 |
| | | | State Tax Taxable Wages - OR | 3,414.55 | 74,245.31 |
| Employer Paid | 80.86 | 2,959.99 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| | | | | 1,997.43 | USD |

Exhibit 18
REMOVAL EXHIBIT 2
Page 87 of 95

# Exhibit 19
This page intentionaly left blank.



**FW: Shift Schedule**
1 message

**Peter Ollodart (Private)** <▮▮▮▮▮▮▮>                    Wed, Aug 12, 2020 at 11:56 PM
To: David Ollodart <▮▮▮▮▮▮▮>

---

**From:** Peter Ollodart (Private)
**Sent:** Thursday, August 6, 2020 1:21 PM
**To:** David Ollodart <david.ollodart.intel@gmail.com>
**Subject:** RE: Shift Schedule

Thanks. You work this Sat. Get some rest and try to find something non-work related to do (not walking) to take your mind off of Intel. If you can't do it on work related, focus on communication skills. Your biggest career related problem is communication. Poor communication is a major cause of all sorts of problems. Especially if you fill in the blanks with paranoid thoughts.

1. There is no Seebauer conspiracy to get you.
2. There are no employees at Intel trying to jam your wireless
3. The incidents that you said would result in your termination turned out to be actually career enhancing.
4. You are building a better relationship with your boss
5. You are doing a good job and you should be proud of your work
6. Meetings above your head happen all the time and it's important to ask about work you do being discussed by management from your manager.

---

**From:** David Ollodart <david.ollodart.intel@gmail.com>
**Sent:** Thursday, August 06, 2020 1:01 PM
**To:** Peter Ollodart (Private) <▮▮▮▮▮▮>
**Subject:** Shift Schedule

See the attached images for the schedule. I work shift 4.

1 of 1                                                                          1/1/21, 1:49 PM

# Exhibit 20
This page intentionaly left blank.



David Ollodart <​███████████████​>

## FW: Dr.Murray
1 message

**Peter Ollodart** <​███████████████​>                                    Wed, Aug 12, 2020 at 11:57 PM
To: David Ollodart <davidollodart@gmail.com>

Complaint 89                                    Exhibit 20
                                    REMOVAL EXHIBIT 2
                                    Page 91 of 95

**From:** Peter Ollodart
**Sent:** Friday, August 7, 2020 1:06 PM
**To:** David Ollodart <david.ollodart.intel@gmail.com>
**Cc:** Susanne Matthys <████████████>
**Subject:** Dr.Murray

I spoke to my doctor today about your situation as it relates to me and also that I don't make as many dumb mistakes when trying to help you.

She said the work related stress you are experiencing is real and it's compounded by the experience in Chicago and this is not an uncommon thing. It was key to her that you know you have some problem, even if the extent of which hotly debated between us. She did say empathically is that you need to learn how to manage it more effectively and that these skills are not taught in schools.

She recommended a new therapy out there called ACT. This is the book - https://www.amazon.com/Happiness-Trap-Struggling-Start-Living/dp/1590305841/ref=sr_1_2?dchild=1&keywords=the+happiness+trap&qid=1596829588&sr=8-2

I got the book and started reading it. ████████████████████████████████████

Love,

Dad.

2 of 2                                                                                     1/1/21, 1:50 PM

# Exhibit 21
This page intentionaly left blank.



**RE: Wireless**
1 message

**Peter Ollodart** <⬛⬛⬛⬛⬛⬛⬛⬛>                    Wed, Aug 12, 2020 at 11:57 PM
To: David Ollodart <⬛⬛⬛⬛⬛⬛⬛>

**From:** Peter Ollodart
**Sent:** Friday, August 7, 2020 9:35 AM
**To:** David Ollodart <david.ollodart.intel@gmail.com>
**Subject:** Wireless

Hi David –

You need to have a clean static or long-lease IP from Comcast. What happens with DHCP is that IP addresses are shared amongst all COMCAST customers and many of those customers get compromised by malware and become Spammers and that IP address is picked up by companies that monitor the internet for IP addresses that are used for SPAM. This is common and happens every day.  If you have a static IP address and it becomes blacklisted, it's a tip off that you've been compromised. I keep a blacklist monitor on my static IP at PSI. I had problems with mail delivery on DHCP addresses because the mail header contains the source IP address of the client computer and if it was a Spammy address, the mail would get rejected.

We should just make sure you have a clean and secure setup based on best practices and see if the problems persist.

Sincerely,

Peter Ollodart

1 of 2                                                                1/1/21, 1:50 PM

Complaint 92                                    Exhibit 21
                                        REMOVAL EXHIBIT 2
                                        Page 94 of 95

Gmail RE: Wireless                                          https://mail.google.com/mail/u/0?ik=225eb5f5fd&view=...

Complaint 93                                                Exhibit 21
                                                            REMOVAL EXHIBIT 2
                                                            Page 95 of 95