DocuSign Envelope ID: 0ACD7B0A-15AB-4F4C-AC0D-787F57ECC15B

Brenda K. Baumgart, OSB No. 992160
brenda.baumgart@stoel.com
Dexter J. Pearce, OSB No. 164564
dexter.pearce@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAVID OLLODART, | Case No.: |
| Plaintiff, | **DECLARATION OF TIFFANY SILVA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION** |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

I, Tiffany Silva, certify and declare as follows:

1. I am an employee of Defendant Intel Corporation ("Intel"). As an Assistant Corporate Secretary in the Corporate Legal Group, I am familiar with Intel's business status, including its certificate of incorporation and its principal place of business. I make this declaration in support of Notice of Removal of Action Under 28 U.S.C. § 1332.

Page 1 - **DECLARATION OF TIFFANY SILVA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

2. Intel is a Delaware corporation with its principal place of business in Santa Clara, California.

3. Attached as Exhibit 1 is a true and accurate copy of the publicly available copy of Intel's Statement of Information maintained by the State of California, indicating that Intel's principal place of business is in Santa Clara, California.

4. Attached as Exhibit 2 is a list of filings Intel has made with the U.S. Securities and Exchange Commission, as reflected in the Electronic Data Gathering, Analysis, and Retrieval (EDGAR) system, which reflects that Intel is incorporated in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        DocuSigned by:
                                                        [signature]                             1/26/2021
                                                        04FAD14AF0634BB...
                                                        Tiffany Silva                          Date



# State of California
## Secretary of State
### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**GC97654**
**FILED**
In the office of the Secretary of State
of the State of California

**FEB-07 2020**

1. **CORPORATE NAME**
   INTEL CORPORATION

2. **CALIFORNIA CORPORATE NUMBER**     C1636032

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
   2200 MISSION COLLEGE BLVD. RNB-5-125, SANTA CLARA, CA 95054-1537

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   ROBERT H. SWAN   2200 MISSION COLLEGE BLVD. RNB-5-125, SANTA CLARA, CA 95054-1537

8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
   SUSIE GIORDANO   2200 MISSION COLLEGE BLVD. RNB-5-125, SANTA CLARA, CA 95054-1537

9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
   GEORGE S. DAVIS   2200 MISSION COLLEGE BLVD. RNB-5-125, SANTA CLARA, CA 95054-1537

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
    C T CORPORATION SYSTEM

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY — STATE — ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
    MANUFACTURING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 02/07/2020 | KELLY LETTMANN | POWER OF ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)                       APPROVED BY SECRETARY OF STATE

DECLARATION EXHIBIT 1
Page 1 of 1




# EDGAR Search Results

SEC Home » Search the Next-Generation EDGAR System » Company Search » Current Page

**INTEL CORP CIK#: 0000050863 (see all company filings)**

SIC: 3674 - SEMICONDUCTORS & RELATED DEVICES
State location: CA | State of Inc.: DE | Fiscal Year End: 1228
(Office of Manufacturing)
Get **insider transactions** for this **issuer**.
Get **insider transactions** for this **reporting owner**.

Business Address
2200 MISSION COLLEGE BLVD
RNB-4-151
SANTA CLARA CA 95054
4087658080

Mailing Address
2200 MISSION COLLEGE BLVD
RNB-4-151
SANTA CLARA CA 95054

**Filter Results**

Filing Type: | Prior to: (YYYYMMDD) | Ownership? ○ include ○ exclude ○ only | Limit Results Per Page: 40 Entries | [Search] [Show All]

**Search Within Files**
EDGAR | Full Text Search
Enter keywords
[Search]

Items 1 - 40  RSS Feed                                                                    [Next 40]

| Filings | Format | | Description | Filing Date | File/Film Number |
|---|---|---|---|---|---|
| 8-K | Documents | Interactive Data | Current report, item 5.02<br>Acc-no: 0001193125-21-014847 (34 Act)  Size: 144 KB | 2021-01-22 | 000-06217<br>21546510 |
| S-3ASR | Documents | | Automatic shelf registration statement of securities of well-known seasoned issuers<br>Acc-no: 0001193125-21-014763 (33 Act)  Size: 273 KB | 2021-01-22 | 333-252340<br>21546045 |
| 10-K | Documents | Interactive Data | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0000050863-21-000010 (34 Act)  Size: 62 MB | 2021-01-22 | 000-06217<br>21543276 |
| 8-K | Documents | Interactive Data | Current report, items 2.02, 7.01, and 9.01<br>Acc-no: 0000050863-21-000009 (34 Act)  Size: 702 KB | 2021-01-21 | 000-06217<br>21542005 |
| 8-K | Documents | Interactive Data | Current report, items 2.02, 5.02, 7.01, and 9.01<br>Acc-no: 0001193125-21-009142 (34 Act)  Size: 246 KB | 2021-01-14 | 000-06217<br>21529564 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-21-000979 Size: 8 KB | 2021-01-06 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-032518 Size: 5 KB | 2020-12-29 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-032512 Size: 5 KB | 2020-12-29 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-029452 Size: 8 KB | 2020-11-18 | |
| 13F-HR | Documents | | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000950123-20-011429 (34 Act)  Size: 5 KB | 2020-11-12 | 028-04527<br>201305275 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028028 Size: 24 KB | 2020-11-03 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028026 Size: 20 KB | 2020-11-03 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028024 Size: 18 KB | 2020-11-03 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028021 Size: 20 KB | 2020-11-03 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028017 Size: 8 KB | 2020-11-03 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-028012 Size: 26 KB | 2020-11-03 | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-027643 Size: 5 KB | 2020-10-29 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0000899243-20-029507 (34 Act) Size: 7 KB | 2020-10-28 | 001-39651<br>201269018 |
| 10-Q | Documents | Interactive Data | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0000050863-20-000043 (34 Act) Size: 13 MB | 2020-10-23 | 000-06217<br>201255685 |
| 3 | Documents | | Initial statement of beneficial ownership of securities<br>Acc-no: 0000899243-20-029055 (34 Act) Size: 8 KB | 2020-10-22 | 001-39651<br>201255666 |
| S-8 | Documents | | Securities to be offered to employees in employee benefit plans<br>Acc-no: 0001193125-20-274467 (33 Act) Size: 50 KB | 2020-10-22 | 333-249614<br>201255361 |
| 8-K | Documents | Interactive Data | Current report, items 2.02 and 9.01<br>Acc-no: 0000050863-20-000042 (34 Act) Size: 842 KB | 2020-10-22 | 000-06217<br>201255013 |
| 8-K | Documents | Interactive Data | Current report, items 1.01, 7.01, and 9.01<br>Acc-no: 0001193125-20-272580 (34 Act) Size: 1 MB | 2020-10-20 | 000-06217<br>201247449 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-026666 Size: 8 KB | 2020-10-07 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-025832 Size: 5 KB | 2020-09-29 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-025830 Size: 5 KB | 2020-09-29 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-025633 Size: 4 KB | 2020-09-23 | |
| 8-K | Documents | Interactive Data | Current report, items 8.01 and 9.01<br>Acc-no: 0001193125-20-224772 (34 Act) Size: 178 KB | 2020-08-19 | 000-06217<br>201117776 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-023904 Size: 8 KB | 2020-08-19 | |
| 8-K | Documents | Interactive Data | Current report, items 5.02 and 9.01<br>Acc-no: 0001193125-20-220333 (34 Act) Size: 184 KB | 2020-08-14 | 000-06217<br>201104935 |
| 13F-HR | Documents | | Quarterly report filed by institutional managers, Holdings<br>Acc-no: 0000950123-20-007981 (34 Act) Size: 4 KB | 2020-08-10 | 028-04527<br>201086946 |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022950 Size: 9 KB | 2020-08-05 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022947 Size: 9 KB | 2020-08-05 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022428 Size: 5 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022427 Size: 24 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022426 Size: 20 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022425 Size: 18 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022424 Size: 18 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022423 Size: 18 KB | 2020-07-31 | |
| 4 | Documents | | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001127602-20-022419 Size: 8 KB | 2020-07-31 | |

Next 40

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF TIFFANY SILVA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION** on the following named person(s) on the date indicated below by:

- ☒ mailing with postage prepaid
- ☐ Hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ E-mail
- ☐ ECF

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

David Ollodart
Address: 220 10th Ave #613
Seattle, WA 98122
Mobile: (206)707-3247
E-mail: davidollodart@gmail.com

Plaintiff pro se

DATED: January 27, 2021

STOEL RIVES LLP

 s/ Dexter J. Pearce
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
DEXTER J. PEARCE, OSB No. 164564
dexter.pearce@stoel.com
Telephone: 503.224.3380

Attorneys for Defendant

Page 1 - **CERTIFICATE OF SERVICE**