IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAVID OLLODART,**

    Plaintiff,

v.

**INTEL CORPORATION,**

    Defendant.

Case No. 3:21-cv-00125-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order [ECF 39], it is ordered and adjudged that the case is DISMISSED with prejudice.

DATED this \_\_11\_\_ day of September, 2021.

                                                 MICHAEL W. MOSMAN
                                               United States District Judge

1 – JUDGMENT